UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MARC S. KIRSCHNER,                              :
as Trustee of the Refco Private Actions Trust, :
                                                :  Case No.
                 Plaintiff,          :
    v.                                           :
                                                :  **RULE 7.1 DISCLOSURE**
PHILLIP R. BENNETT, SANTO C. MAGGIO,           :  **STATEMENT OF DEFENDANT**
ROBERT C. TROSTEN, MAYER, BROWN,               :  <u>**GRANT THORNTON LLP**</u>
ROWE & MAW LLP, GRANT THORNTON LLP,            :
and ERNST & YOUNG US LLP,                      :
                                                :
                 Defendants.         :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Grant Thornton LLP certifies that Grant Thornton LLP is an Illinois limited liability partnership which does not have a parent company, and further certifies that there is no authorized or outstanding stock in Grant Thornton LLP.

Dated: New York, New York
       September 17, 2007

                                          Respectfully submitted,
                                          WINSTON & STRAWN LLP

                                          */s/ Ruth Braun*
                                          David E. Mollón (DM-5624)
                                          Ruth A. Braun (RB-2410)
                                          200 Park Avenue
                                          New York, NY 10166
                                          (212) 294-6700

                                          Bruce R. Braun
                                          Bradley E. Lerman
                                          Linda T. Coberly

                                          WINSTON & STRAWN LLP
                                          35 West Wacker Drive
                                          Chicago, IL 60601-9703
                                          (312) 558-5600

                                          *Attorneys for Defendant Grant Thornton LLP*