9/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MARC S. KIRSCHNER,                                    :
as Trustee of the Refco Private Actions Trust,        :
                                                      :
                            Plaintiff,                :   07-CV-8165 (GEL)
                                                      :
                v.                                    :   **STIPULATION AND ORDER**
                                                      :
PHILLIP R. BENNETT, SANTO C. MAGGIO,                  :
ROBERT C. TROSTEN, MAYER, BROWN,                      :
ROWE & MAW LLP, GRANT THORNTON LLP,                   :
and ERNST & YOUNG US LLP,                             :
                                                      :
                            Defendants.               :
                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the

undersigned parties to the above-captioned action ("Action"), as follows:

    1)    The time for defendants to answer, move, or otherwise respond to the complaint

in this Action, pursuant to Rule 12, is extended through and until twenty (20) days after a final

ruling on remand has been entered in this Action.

    2)    Plaintiff shall serve opposition papers, if any, within ninety (90) days of the filing

of defendants' respective motions to dismiss. Plaintiff reserves the right to file its opposition

earlier than ninety (90) days.

    3)    Defendants shall serve reply papers, if any, thirty (30) days after Plaintiff has filed

its opposition, if any.

    4)    This stipulation may be executed in two or more counterparts, each of which shall

be deemed an original and all of which together shall constitute one and the same agreement, and

a facsimile, which shall have the same force and effect as an original signature, may be filed in

place and instead of the original.

Since the filing of the complaint in this Action, there has been no previous request for an

extension of time.

Dated:  September 24, 2007
        New York, New York

QUINN EMANUEL URQHART OLIVER &    WINSTON & STRAWN LLP
HEDGES, LLP


By: _____    By: _____
    Richard I. Werder, Jr.            David E. Mollón
    Michael B. Carlinsky          200 Park Avenue
    Susheel Kirpalani             New York, NY 10166
    Sascha N. Rand                Tel: (212) 294-6700
    Robert C. Juman               Fax: (212) 294-4700
51 Madison Avenue
22ⁿᵈ Floor                        Of Counsel:
New York, NY 10010-1601
Tel: (212) 849-7000                  Bradley E. Lerman
                                     Linda T. Coberly
                                     Catherine W. Joyce
*Attorneys for Plaintiff*            35 W. Wacker Drive
*Marc S. Kirschner, as Trustee for the*   Chicago, IL 60601-9703
*Refco Private Actions Trust*
                                  *Attorneys for Grant Thornton LLP*

-2-

WILLIAMS & CONNOLLY LLP

By: _Thomas G. Ward_
Thomas G. Ward
725 12th Street, N.W.
Washington, D.C. 20005

Of Counsel:

John K. Villa
Michael S. Sundermeyer

*Attorneys for Mayer Brown LLP*
LATHAM & WATKINS

By: _____
Christopher Harris
885 Third Avenue
New York, NY 10022

*Attorneys for Defendant
Ernst & Young US LLP*

CLIFFORD CHANCE US LLP

By: _____
Joel M. Cohen
Anthony M. Candido
Timothy Casey
31 West 52nd Street
New York, NY 10019

*Attorneys for the
UK Limited Liability Partnership
Mayer Brown International LLP*

MORVILLO, ABRAMOWITZ, GRAND,
IASON, ANELLO & BOHRER, P.C.

By: _____
Barbara Moses
Rachel Korenblat
Amy Tully
565 Fifth Avenue
New York, NY 10017

*Attorneys for Defendant Robert Trosten*

-3-

WILLIAMS & CONNOLLY LLP

By: _____
    Thomas G. Ward
    725 12ᵗʰ Street, N.W
    Washington, D.C. 20005

Of Counsel.

    John K. Villa
    Michael S. Sundermeyer

*Attorneys for Mayer Brown LLP*
LATHAM & WATKINS

By: _____
    Christopher Harris
    885 Third Avenue
    New York, NY 10022

*Attorneys for Defendant*
*Ernst & Young US LLP*

CLIFFORD CHANCE US LLP

By: *Joel M. Cohen /lc*
    Joel M. Cohen
    Anthony M. Candido
    Timothy Casey
    31 West 52ⁿᵈ Street
    New York, NY 10019

*Attorneys for the*
*UK Limited Liability Partnership*
*Mayer Brown International LLP*

MORVILLO, ABRAMOWITZ, GRAND,
IASON, ANELLO & BOHRER, P.C.

By: _____
    Barbara Moses
    Rachel Korenblat
    Amy Tully
    565 Fifth Avenue
    New York, NY 10017

*Attorneys for Defendant Robert Trosten*

WILLIAMS & CONNOLLY LLP

By: _____
    Thomas G. Ward
725 12th Street, N.W.
Washington, D.C. 20005

Of Counsel:

    John K. Villa
    Michael S. Sundermeyer

*Attorneys for Mayer Brown LLP*
LATHAM & WATKINS


By: *Christopher Harris*
    Christopher Harris
885 Third Avenue
New York, NY 10022

*Attorneys for Defendant*
*Ernst & Young US LLP*


CLIFFORD CHANCE US LLP

By: _____
    Joel M. Cohen
    Anthony M. Candido
    Timothy Casey
31 West 52nd Street
New York, NY 10019

*Attorneys for the*
*UK Limited Liability Partnership*
*Mayer Brown International LLP*

MORVILLO, ABRAMOWITZ, GRAND,
IASON, ANELLO & BOHRER, P.C.


By: _____
    Barbara Moses
    Rachel Korenblat
    Amy Tully
565 Fifth Avenue
New York, NY 10017

*Attorneys for Defendant Robert Trosten*

-3-

WILLIAMS & CONNOLLY LLP

By: _____
    Thomas G. Ward
    725 12th Street, N.W.
    Washington, D.C. 20005

Of Counsel:

    John K. Villa
    Michael S. Sundermeyer

*Attorneys for Mayer Brown LLP*
LATHAM & WATKINS

By: _____
    Christopher Harris
    885 Third Avenue
    New York, NY 10022

*Attorneys for Defendant*
*Ernst & Young US LLP*


CLIFFORD CHANCE US LLP

By: _____
    Joel M. Cohen
    Anthony M. Candido
    Timothy Casey
    31 West 52nd Street
    New York, NY 10019

*Attorneys for the*
*UK Limited Liability Partnership*
*Mayer Brown International LLP*

MORVILLO, ABRAMOWITZ, GRAND,
IASON. ANELLO & BOHRER, P.C.

By: _____
    Barbara Moses
    Rachel Korenblat
    Amy Tully
    565 Fifth Avenue
    New York, NY 10017

*Attorneys for Defendant Robert Trosten*

-3-

Case 1:07-cv-08165-GEL    Document 4    Filed 09/27/2007    Page 07 of 8

GOLENBOCK EISEMAN ASSOR BELL &
PESKOE LLP

By: _____
       Jeffrey T. Golenbock
       Adam C. Silverstein
       437 Madison Avenue, 35th Floor
       New York, NY 10022-7302

*Attorneys for Defendant*
*Philip R. Bennett*


HUNTON & WILLIAMS LLP

By: _____
       Scott E. Hershman
       Stephen R. Blacklocks
       Richard Soto
       200 Park Avenue
       New York, NY 10166

*Attorneys for Defendant*
*Santo C. Maggio*


SO ORDERED.


_____
Hon. Gerard E. Lynch
United States District Judge

-4-

GOLENBOCK EISEMAN ASSOR BELL &
PESKOE LLP

HUNTON & WILLIAMS LLP

By: _____
    Jeffrey T. Golenbock
    Adam C. Silverstein
    437 Madison Avenue, 35th Floor
    New York, NY 10022-7302

*Attorneys for Defendant*
*Philip R. Bennett*

By: _____
    Scott E. Hershman
    Stephen R. Blacklocks
    Richard Soto
    200 Park Avenue
    New York, NY 10166

*Attorneys for Defendant*
*Santo C. Maggio*

SO ORDERED.

Hon. Gerard E. Lynch
United States District Judge

9/26/07

-4-