UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARC S. KIRSCHNER, :
as Trustee of the Refco Private Actions Trust, :
: Case No. 07-cv-08165 (GEL)
Plaintiff, :
: **RULE 7.1 DISCLOSURE**
: **STATEMENT OF MAYER**
v. : **BROWN LLP**
:
PHILLIP R. BENNETT, SANTO C. MAGGIO, :
ROBERT C. TROSTEN, MAYER, BROWN, :
ROWE & MAW LLP, GRANT THORNTON LLP, :
and ERNST & YOUNG US LLP, :
:
Defendants. :
------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Mayer Brown LLP certifies that Mayer Brown LLP is an Illinois limited liability partnership that does not have a parent company, and further certifies that there is no authorized or outstanding stock in Mayer Brown LLP.

Respectfully submitted,

By _/s/ Thomas G. Ward_
John K. Villa
Michael S. Sundermeyer
Craig D. Singer
Thomas G. Ward
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Fax: (202) 434-5029

Attorneys for Defendant Mayer Brown LLP

## **CERTIFICATION**

  I, Thomas G. Ward, hereby certify that on October 9, 2007, I caused one copy of the Rule 7.1 Disclosure to be distributed to all counsel of record via the Court's Electronic Filing System.

Dated: October 9, 2007

_____
Thomas G. Ward