Lyn 1/5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
MARC S. KIRSCHNER,                                :
as Trustee of the Refco Private Actions Trust,    :
                                                  :  07-CV-8165 (GEL)
                      Plaintiff,                  :
           v.                                     :  STIPULATION AND ORDER
                                                  :
PHILLIP R. BENNETT, SANTO C. MAGGIO,              :
ROBERT C. TROSTEN, MAYER, BROWN,                  :
ROWE & MAW LLP, GRANT THORNTON LLP,               :
and ERNST & YOUNG US LLP,                         :
                                                  :
                      Defendants.                 :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

   IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the

undersigned parties to the above-captioned action ("Action"), as follows:

   1)   Plaintiff shall file its Motion to Remand on or before October 17, 2007, pursuant

to 28 U.S.C. § 1447.

   2)   Defendants shall file their respective oppositions within thirty (30) days of the

filing of Plaintiff's Motion to Remand.

   3)   Plaintiff shall file reply papers within thirty (30) days after Defendants have filed

their respective oppositions to Plaintiff's Motion to Remand.

   4)   This stipulation may be executed in two or more counterparts, each of which shall

be deemed an original and all of which together shall constitute one and the same agreement, and

a facsimile, which shall have the same force and effect as an original signature, may be filed in

place and instead of the original.

Dated: October 8, 2007
   New York, New York

| QUINN EMANUEL URQHART OLIVER & HEDGES, LLP | WINSTON & STRAWN LLP |
|---|---|
| By: /s/ *signature* <br> Richard I. Werder, Jr. <br> Michael B. Carlinsky <br> Susheel Kirpalani <br> Sascha N. Rand <br> Robert C. Juman <br> 51 Madison Avenue <br> 22nd Floor <br> New York, NY 10010-1601 <br> Tel: (212) 849-7000 <br><br> *Attorneys for Plaintiff* <br> *Marc S. Kirschner, as Trustee for the* <br> *Refco Private Actions Trust* | By: _____ <br> David E. Mollón <br> 200 Park Avenue <br> New York, NY 10166 <br> Tel: (212) 294-6700 <br> Fax: (212) 294-4700 <br><br> Of Counsel: <br>   Bradley E. Lerman <br>   Linda T. Coberly <br>   Catherine W. Joyce <br>   35 W. Wacker Drive <br> Chicago, IL 60601-9703 <br><br> *Attorneys for Grant Thornton LLP* |

Dated: October 8, 2007
      New York, New York

| QUINN EMANUEL URQHART OLIVER & HEDGES, LLP | WINSTON & STRAWN LLP |
|---|---|
| By: _____<br>   Richard I. Werder, Jr.<br>   Michael B. Carlinsky<br>   Susheel Kirpalani<br>   Sascha N. Rand<br>   Robert C. Juman<br>51 Madison Avenue<br>22nd Floor<br>New York, NY 10010-1601<br>Tel: (212) 849-7000<br><br>*Attorneys for Plaintiff*<br>*Marc S. Kirschner, as Trustee for the*<br>*Refco Private Actions Trust* | By: _____<br>   David E. Mollón (DM-5624)<br>200 Park Avenue<br>New York, NY 10166<br>Tel: (212) 294-6700<br>Fax: (212) 294-4700<br><br>Of Counsel:<br><br>   Bradley E. Lerman<br>   Linda T. Coberly<br>   Catherine W. Joyce<br>   35 W. Wacker Drive<br>Chicago, IL 60601-9703<br><br>*Attorneys for Grant Thornton LLP* |

10/08/2007 13:54 FAX 5029                WILLIAMS AND CONNOLLY                    ☒004

| | |
|---|---|
| WILLIAMS & CONNOLLY LLP | CLIFFORD CHANCE US LLP |
| By: *Thomas G. Ward /as* <br> Thomas G. Ward <br> 725 12th Street, N.W. <br> Washington, D.C. 20005 | By: _____ <br> Joel M. Cohen <br> Anthony M. Candido <br> Timothy Casey <br> 31 West 52nd Street <br> New York, NY 10019 |
| Of Counsel: <br> John K. Villa <br> Michael S. Sundermeyer <br> *Attorneys for Mayer Brown LLP* | *Attorneys for the UK Limited Liability Partnership Mayer Brown International LLP* |
| LATHAM & WATKINS | MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C. |
| By: _____ <br> Christopher Harris <br> 885 Third Avenue <br> New York, NY 10022 <br><br> *Attorneys for Defendant Ernst & Young US LLP* | By: _____ <br> Barbara Moses <br> Rachel Korenblat <br> Amy Tully <br> 565 Fifth Avenue <br> New York, NY 10017 <br><br> *Attorneys for Defendant Robert Trosten* |

| WILLIAMS & CONNOLLY LLP | CLIFFORD CHANCE US LLP |
|---|---|
| By: _____<br>Thomas G. Ward<br>725 12th Street, N.W.<br>Washington, D.C. 20005<br><br>Of Counsel:<br><br>John K. Villa<br>Michael S. Sundermeyer<br><br>*Attorneys for Mayer Brown LLP* | By: _____<br>Joel M. Cohen<br>Anthony M. Candido<br>Timothy Casey<br>31 West 52nd Street<br>New York, NY 10019<br><br>*Attorneys for the<br>UK Limited Liability Partnership<br>Mayer Brown International LLP* |
| LATHAM & WATKINS | MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C. |
| By: /s/ C. H.<br>Christopher Harris<br>885 Third Avenue<br>New York, NY 10022<br><br>*Attorneys for Defendant<br>Ernst & Young US LLP* | By: _____<br>Barbara Moses<br>Rachel Korenblat<br>Amy Tully<br>565 Fifth Avenue<br>New York, NY 10017<br><br>*Attorneys for Defendant Robert Trosten* |

-3-

WILLIAMS & CONNOLLY LLP

By: _____
    Thomas G. Ward
725 12th Street, N.W.
Washington, D.C. 20005

Of Counsel:

  John K. Villa
  Michael S. Sundermeyer

*Attorneys for Mayer Brown LLP*

CLIFFORD CHANCE US LLP

By: *Anthony M. Candido* w/tc
    Joel M. Cohen
    Anthony M. Candido
    Timothy Casey
31 West 52nd Street
New York, NY 10019

*Attorneys for the
UK Limited Liability Partnership
Mayer Brown International LLP*

LATHAM & WATKINS

By: _____
    Christopher Harris
885 Third Avenue
New York, NY 10022

*Attorneys for Defendant
Ernst & Young US LLP*

MORVILLO, ABRAMOWITZ, GRAND,
IASON, ANELLO & BOHRER, P.C.

By: _____
    Barbara Moses
    Rachel Korenblat
    Amy Tully
565 Fifth Avenue
New York, NY 10017

*Attorneys for Defendant Robert Trosten*

| | |
|---|---|
| WILLIAMS & CONNOLLY LLP | CLIFFORD CHANCE US LLP |
| By: _____<br>Thomas G. Ward<br>725 12th Street, N.W.<br>Washington, D.C. 20005<br><br>Of Counsel:<br>  John K. Villa<br>  Michael S. Sundermeyer<br><br>*Attorneys for Mayer Brown LLP* | By: _____<br>Joel M. Cohen<br>Anthony M. Candido<br>Timothy Casey<br>31 West 52nd Street<br>New York, NY 10019<br><br>*Attorneys for the<br>UK Limited Liability Partnership<br>Mayer Brown International LLP* |
| LATHAM & WATKINS | MORVILLO, ABRAMOWITZ, GRAND,<br>IASON, ANELLO & BOHRER, P.C. |
| By: _____<br>Christopher Harris<br>885 Third Avenue<br>New York, NY 10022<br><br>*Attorneys for Defendant<br>Ernst & Young US LLP* | By: /s/ Barbara Moses<br>Barbara Moses<br>Rachel Korenblat<br>Amy Tully<br>565 Fifth Avenue<br>New York, NY 10017<br><br>*Attorneys for Defendant Robert Trosten* |

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP

By: _____/s/ Adam C. Silverstein_____
Jeffrey T. Golenbock
Adam C. Silverstein
437 Madison Avenue, 35th Floor
New York, NY 10022-7302

*Attorneys for Defendant*
*Philip R. Bennett*

HUNTON & WILLIAMS LLP

By: _____
Scott E. Hershman
Stephen R. Blacklocks
Richard Soto
200 Park Avenue
New York, NY 10166

*Attorneys for Defendant*
*Santo C. Maggio*

SO ORDERED.

_____
Hon. Gerard E. Lynch
United States District Judge

-4-

| GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP | HUNTON & WILLIAMS LLP |
|---|---|
| By: _____<br>Jeffrey T. Golenbock<br>Adam C. Silverstein<br>437 Madison Avenue, 35th Floor<br>New York, NY 10022-7302<br><br>*Attorneys for Defendant*<br>*Philip R. Bennett* | By: _____<br>Scott E. Hershman<br>Stephen R. Blacklocks<br>Richard Soto<br>200 Park Avenue<br>New York, NY 10166<br><br>*Attorneys for Defendant*<br>*Santo C. Maggio* |

SO ORDERED.

_____
Hon. Gerard E. Lynch
United States District Judge

10/10/07