UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MARC S. KIRSCHNER,
as Trustee of the Refco Private Actions Trust,

                Plaintiff,

v.

PHILLIP R. BENNETT, SANTO C. MAGGIO,
ROBERT C. TROSTEN, MAYER, BROWN,
ROWE & MAW LLP, GRANT THORNTON LLP,
and ERNST & YOUNG US LLP,

                Defendants.
-----------------------------------------------------------x

Case No. 07-cv-08165 (GEL)

**RULE 7.1 DISCLOSURE STATEMENT OF MAYER BROWN INTERNATIONAL LLP**

    Mayer, Brown, Rowe & Maw LLP was the name shared by two limited liability entities, one established in Illinois (now known as "Mayer Brown LLP") and one incorporated in England and Wales (now known as "Mayer Brown International LLP").

    Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Mayer Brown International LLP certifies that Mayer Brown International LLP has no parent corporation and no publicly traded company owns any portion of this partnership.

    By filing this statement, Mayer Brown International LLP does not waive any defenses, including, *inter alia*, defenses regarding jurisdiction over the person.

NYA 863285.1

*Anthony M. Candido* /s/

Joel M. Cohen (JC-9162)
Anthony M. Candido (AC-9458)
Timothy Casey (TC-3857)
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Tel: (212) 878-8000
Fax: (212) 878-8375
*Attorneys for the*
*UK Limited Liability Partnership*
*Mayer Brown International LLP*

NYA 863285.1