UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
                                               :

In re REFCO, INC. SECURITIES LITIGATION  :         05 Civ. 8626 (GEL)
                                               :

----------------------------------------------------------x

AMERICAN FINANCIAL INTERNATIONAL  :       **ORDER**
GROUP–ASIA, L.L.C. et al.,                 :
                                               :

                  Plaintiffs,     :
                                               :         05 Civ. 8988 (GEL)

   -against-                 :
                                               :

PHILLIP R. BENNETT et al.,            :
                                             :

                  Defendants.   :
                                             :
----------------------------------------------------------x
                                             :

CHRISTOPHER CARMONA, derivatively on  :
behalf of THE GOLDMAN SACHS GROUP,  :
INC.,                           :
                                             :

                  Plaintiff,    :
                                             :         05 Civ. 9327 (GEL)

   -against-                 :
                                             :

HENRY M. PAULSON et al.,             :
                                             :

                  Defendants,   :
    -and-                   :
                                             :

THE GOLDMAN SACHS GROUP, INC.,    :
a Delaware corporation,            :
                                             :

               Nominal Defendant.  :
                                             :
----------------------------------------------------------x
                                             :

THOMAS H. LEE EQUITY FUND V, L.P. et al.,  :
                                             :

                  Plaintiffs,    :
                                             :         05 Civ. 9608 (GEL)

    - against-               :

PHILLIP R. BENNETT et al.,                          :

                                               :

                           Defendants.          :

                                               :

--------------------------------------------------------------x

In re REFCO CAPITAL MARKETS, LTD.           :
BROKERAGE CUSTOMER SECURITIES               :        06 Civ. 643 (GEL)
LITIGATION                                   :

--------------------------------------------------------------x

THOMAS H. LEE EQUITY FUND V, L.P. et al.,   :

                                               :

                           Plaintiffs,         :
                                               :        07 Civ. 6767 (GEL)
     - against-                                :

                                               :

MAYER, BROWN, ROWE & MAW LLP,               :

                                               :

                           Defendant.          :

--------------------------------------------------------------x

MARC S. KIRSCHNER, as Trustee of the        :
Refco Litigation Trust,                     :

                                               :

                           Plaintiff,          :
                                               :        07 Civ. 7074 (GEL)
     - against-                                :

                                               :

THOMAS H. LEE PARTNERS, L.P. et al.,        :

                                               :

                           Defendants.         :

--------------------------------------------------------------x

AXIS REINSURANCE COMPANY,                   :

                                               :

                           Plaintiff,          :
                                               :        07 Civ. 7924 (GEL)
     - against-                                :

                                               :

PHILLIP R. BENNETT et al.,                  :

2

|                                                    |   |                   |
|----------------------------------------------------|---|-------------------|
|                                                    | : |                   |
| Defendants.                                        | : |                   |
|                                                    | : |                   |
| --------------------------------------------------x |   |                   |
|                                                    | : |                   |
| MARC S. KIRSCHNER, as Trustee of the               | : |                   |
| Refco Private Actions Trust,                       | : |                   |
|                                                    | : |                   |
| Plaintiff,                                         | : | 07 Civ. 8165 (GEL) |
|                                                    | : |                   |
| - against-                                         | : |                   |
|                                                    | : |                   |
| PHILLIP R. BENNETT et al.,                         | : |                   |
|                                                    | : |                   |
| Defendants.                                        | : |                   |
|                                                    | : |                   |
| --------------------------------------------------x |   |                   |
|                                                    | : |                   |
| THOMAS H. LEE EQUITY FUND V, L.P. et al.,          | : |                   |
|                                                    | : |                   |
| Plaintiffs,                                        | : | 07 Civ. 8663 (GEL) |
|                                                    | : |                   |
| - against-                                         | : |                   |
|                                                    | : |                   |
| GRANT THORNTON LLP,                                | : |                   |
|                                                    | : |                   |
| Defendant.                                         | : |                   |
|                                                    | : |                   |
| --------------------------------------------------x |   |                   |
|                                                    | : |                   |
| VR GLOBAL PARTNERS, L.P. et al.,                   | : |                   |
|                                                    | : |                   |
| Plaintiffs,                                        | : | 07 Civ. 8686 (GEL) |
|                                                    | : |                   |
| - against-                                         | : |                   |
|                                                    | : |                   |
| PHILLIP R. BENNETT et al.,                         | : |                   |
|                                                    | : |                   |
| Defendants.                                        | : |                   |
|                                                    | : |                   |
| --------------------------------------------------x |   |                   |
|                                                    | : |                   |
| CAPITAL MANAGEMENT SELECT FUND                     | : |                   |
| LTD. et al.,                                       | : |                   |
| Plaintiffs,                                        | : |                   |

3

```
                                                    :        07 Civ. 8688 (GEL)
        - against-                                  :
                                                    :
PHILLIP R. BENNETT et al.,                          :
                                                    :
                          Defendants.               :
                                                    :
------------------------------------------------------------x
                                                    :
MARC S. KIRSCHNER, as Trustee of the                :
Refco Litigation Trust,                             :
                                                    :
                          Plaintiff,                :
                                                    :        07 Civ. 9238 (GEL)
        - against-                                  :
                                                    :
THOMAS HACKL et al.,                                :
                                                    :
                          Defendants.               :
                                                    :
------------------------------------------------------------x
```

GERARD E. LYNCH, District Judge:

      The above-captioned cases constitute all of the Refco-related cases currently pending on this Court's docket. In the interest of determining a fair and efficient manner to coordinate discovery and briefing schedules in these related cases, it is hereby ORDERED that counsel for all parties in the above-captioned cases shall appear for a status conference before this Court at 3:30 p.m. on November 30, 2007.


SO ORDERED.

Dated:  New York, New York
        October 24, 2007

                                        GERARD E. LYNCH
                                United States District Judge