UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
In re REFCO, INC. SECURITIES LITIGATION                      :    05 Civ. 8626 (GEL)
                                                             :
-------------------------------------------------------------x
                                                             :
AMERICAN FINANCIAL INTERNATIONAL                             :    **ORDER**
GROUP–ASIA, L.L.C. et al.,                                   :
                                                             :
                        Plaintiffs,                          :
                                                             :    05 Civ. 8988 (GEL)
        -against-                                            :
                                                             :
PHILLIP R. BENNETT et al.,                                   :
                                                             :
                        Defendants.                          :
                                                             :
-------------------------------------------------------------x
                                                             :
CHRISTOPHER CARMONA, derivatively on                         :
behalf of THE GOLDMAN SACHS GROUP,                           :
INC.,                                                        :
                                                             :
                        Plaintiff,                           :
                                                             :    05 Civ. 9327 (GEL)
        -against-                                            :
                                                             :
HENRY M. PAULSON et al.,                                     :
                                                             :
                        Defendants,                          :
        -and-                                                :
                                                             :
THE GOLDMAN SACHS GROUP, INC.,                               :
a Delaware corporation,                                      :
                                                             :
                        Nominal Defendant.                   :
                                                             :
-------------------------------------------------------------x
                                                             :
THOMAS H. LEE EQUITY FUND V, L.P. et al.,                    :
                                                             :
                        Plaintiffs,                          :
                                                             :    05 Civ. 9608 (GEL)
        - against-                                           :

| | |
|---|---|
| PHILLIP R. BENNETT et al., : | |
| : | |
| Defendants. : | |
| : | |
| ------------------------------------------------------------x | |
| : | |
| In re REFCO CAPITAL MARKETS, LTD. : | 06 Civ. 643 (GEL) |
| BROKERAGE CUSTOMER SECURITIES : | |
| LITIGATION : | |
| : | |
| ------------------------------------------------------------x | |
| : | |
| THOMAS H. LEE EQUITY FUND V, L.P. et al., : | |
| : | |
| Plaintiffs, : | |
| : | 07 Civ. 6767 (GEL) |
| - against- : | |
| : | |
| MAYER, BROWN, ROWE & MAW LLP, : | |
| : | |
| Defendant. : | |
| : | |
| ------------------------------------------------------------x | |
| : | |
| MARC S. KIRSCHNER, as Trustee of the : | |
| Refco Litigation Trust, : | |
| : | |
| Plaintiff, : | |
| : | 07 Civ. 7074 (GEL) |
| - against- : | |
| : | |
| THOMAS H. LEE PARTNERS, L.P. et al., : | |
| : | |
| Defendants. : | |
| : | |
| ------------------------------------------------------------x | |
| : | |
| AXIS REINSURANCE COMPANY, : | |
| : | |
| Plaintiff, : | |
| : | 07 Civ. 7924 (GEL) |
| - against- : | |
| : | |
| PHILLIP R. BENNETT et al., : | |

|  |  |
|---|---|
| : Defendants. : : ------------------------------------------------------------x : MARC S. KIRSCHNER, as Trustee of the : Refco Private Actions Trust, : : Plaintiff, : : - against- : : PHILLIP R. BENNETT et al., : : Defendants. : : ------------------------------------------------------------x : THOMAS H. LEE EQUITY FUND V, L.P. et al., : : Plaintiffs, : : - against- : : GRANT THORNTON LLP, : : Defendant. : : ------------------------------------------------------------x : VR GLOBAL PARTNERS, L.P. et al., : : Plaintiffs, : : - against- : : PHILLIP R. BENNETT et al., : : Defendants. : : ------------------------------------------------------------x : CAPITAL MANAGEMENT SELECT FUND LTD. et al., : Plaintiffs, : |  07 Civ. 8165 (GEL)  07 Civ. 8663 (GEL)  07 Civ. 8686 (GEL) |

|  |  |
|---|---|
| - against- | 07 Civ. 8688 (GEL) |
| PHILLIP R. BENNETT et al., |  |
| Defendants. |  |

------------------------------------------------------------x

|  |  |
|---|---|
| MARC S. KIRSCHNER, as Trustee of the Refco Litigation Trust, |  |
| Plaintiff, |  |
|  | 07 Civ. 9238 (GEL) |
| - against- |  |
| THOMAS HACKL et al., |  |
| Defendants. |  |

------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

     The above-captioned cases constitute all of the Refco-related cases currently pending on this Court's docket. In the interest of determining a fair and efficient manner to coordinate discovery and briefing schedules in these related cases, it is hereby ORDERED that counsel for all parties in the above-captioned cases shall appear for a status conference before this Court at 3:30 p.m. on November 30, 2007.

SO ORDERED.

Dated: New York, New York
       October 24, 2007

*[signature]*
GERARD E. LYNCH
United States District Judge