UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| MARC S. KIRSCHNER,<br>as Trustee of the Refco Private Actions Trust,<br><br>Plaintiff,<br>v.<br><br>PHILLIP R. BENNETT, SANTO C. MAGGIO,<br>ROBERT C. TROSTEN, MAYER, BROWN,<br>ROWE & MAW LLP, GRANT THORNTON LLP,<br>and ERNST & YOUNG US LLP,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **Electronically Filed**<br><br>**07 Civ 8165 (GEL)**<br><br>**STATEMENT OF<br>DELAYED ECF-FILING** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

The electronic filing of the foregoing document was delayed by the SDNY ECF service interruption from November 16, 2007 at 6:00 p.m. through November 19, 2007 at approximately 10:00 a.m. Accordingly, this document was served electronically on all parties on Friday, November 16, 2007.

         WINSTON & STRAWN LLP

         By:     /s/
         David E. Mollón
         Steven M. Schwartz
         WINSTON & STRAWN LLP
         200 Park Avenue
         New York, NY 10166-4193
         Tel: 212-294-6700
         Fax: 212-294-4700

         Of counsel:
         Bradley E. Lerman
         Catherine W. Joyce
         Linda T. Coberly
         WINSTON & STRAWN LLP
         35 W. Wacker Drive
         Chicago, Illinois 60601
         Tel: 312-558-5600
         Fax: 312-558-5700
         *Attorneys for Grant Thornton LLP*