UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| MARC S. KIRSCHNER,<br>as Trustee of the Refco Private Actions Trust,<br><br>Plaintiff,<br>v.<br><br>PHILLIP R. BENNETT, SANTO C. MAGGIO,<br>ROBERT C. TROSTEN, MAYER, BROWN,<br>ROWE & MAW LLP, GRANT THORNTON LLP,<br>and ERNST & YOUNG US LLP,<br><br>Defendants. | : **Electronically Filed**<br>:<br>: **07 Civ 8165 (GEL)**<br>:<br>:<br>: **DECLARATION OF**<br>: **DAVID E. MOLLÓN**<br>: **IN OPPOSITION TO**<br>: **PLAINTIFF'S MOTION TO REMAND**<br>: **TO NEW YORK STATE COURT**<br>:<br>:<br>:<br>: |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

David E. Mollón, under penalty of perjury, hereby declares as follows:

1. I am an attorney at Winston & Strawn LLP, attorneys for Grant Thornton LLP in the above-captioned action, and am admitted to practice before the courts of the State of New York and the United States District Court for the Southern District of New York. I submit this declaration in opposition to plaintiff's motion to remand this case to New York state court.

2. Attached hereto as Exhibit A is a true and correct copy of the Modified Joint Chapter 11 Plan of Refco Inc. and Certain of its Direct and Indirect Subsidiaries ("Bankruptcy Plan") in *In re Refco Inc.*, 05-60006 (RDD) (Bankr. S.D.N.Y. Dec. 14, 2006).

3. Attached hereto as Exhibit B is a true and correct copy of the Private Actions Trust Agreement, Exhibit G to the Bankruptcy Plan.

4. Attached hereto as Exhibit C is a true and correct copy of the Private Actions Trust Election, Exhibit M to the Bankruptcy Plan.

5. Attached hereto as Exhibit D is a true and correct copy of the Stipulation and Agreed Order Subordinating and Reclassifying Proofs of Claim Filed by Pacific Investment

Management Company LLC and RH Capital Associates LLC, Individually and as Lead Plaintiffs, against Various Debtor Entities, including RCM in *In re Refco Inc.*, 05-60006 (RDD) (Bankr. S.D.N.Y. Oct. 19, 2007).

6. Attached hereto as Exhibit E is a true and correct copy of the Transcript of Hearing on Motions before the Honorable Robert D. Drain, United States Bankruptcy Judge, in *In re Refco Inc.*, 05-60006 (RDD) (Bankr. S.D.N.Y. Dec. 15, 2006).

7. Attached hereto as Exhibit F is a true and correct copy of the Refco Capital Markets, Ltd., Settlement Agreement, Exhibit B to the Bankruptcy Plan.

8. Attached hereto as Exhibit G is a true and correct copy of the Bankruptcy Court's Findings of Fact, Conclusions of Law, and Order Confirming the Modified Joint Chapter 11 Plan of Refco Inc. and Certain of its Direct and Indirect Subsidiaries in *In re Refco Inc.*, 05-60006 (RDD) (Bankr. S.D.N.Y. Dec. 15, 2006).

9. Attached hereto as Exhibit H is a true and correct copy of the Complaint filed by plaintiff on August 27, 2007, in the Supreme Court of the State of New York, County of New York.

10. Attached hereto as Exhibit I is a true and correct copy of the Judgment entered in *Kirschner as Chapter 11 Trustee of Refco Capital Markets, Ltd. v. Bencorp Casa de Bolsa, C.A. (In re Refco Inc. et al.)*, Adv. Proc. 06-01745 (RDD) (Bankr. S.D.N.Y. Dec. 29, 2006).

11. Attached hereto as Exhibit J is a true and correct copy of Non-Exclusive List of Retained Actions, Exhibit K to the Bankruptcy Plan.

12. Attached hereto as Exhibit K is a true and correct copy of the Complaint in *Kirschner v. Grant Thornton LLP, et al.*, 07 C 5306 (N.D. Ill. 2007).

13. Attached hereto as Exhibit L is a true and correct copy of the Litigation Trust Agreement, Exhibit F to the Bankruptcy Plan.

14. Attached hereto as Exhibit M is a true and correct copy of the Amended Proposed Agenda for hearing Scheduled for August 14, 2007, at 10:00 A.M. in *In re Refco Inc.*, 05-60006 (RDD) (Bankr. S.D.N.Y. Aug. 13, 2006).

15. Attached hereto as Exhibit N is a true and correct copy of the original Proof of Claim filed by Grant Thornton LLP against Refco Inc. on July 17, 2006, and the amended Proof of Claim filed by Grant Thornton LLP against Refco Inc. on March 16, 2007.

16. Attached hereto as Exhibit O is a true and correct copy of the Order Granting Motions for Summary Judgment entered in *Axis Reinsurance Co. v. Bennett et al. (In re Refco, Inc.)*, Adv. Proc. 07-01712 (RDD) (Bankr. S.D.N.Y. Oct. 19, 2007).

17. Attached hereto as Exhibit P is a true and correct copy of the Transcript of Hearing on Motions before the Honorable Robert D. Drain, United States Bankruptcy Judge, in *Axis Reinsurance Co. v. Bennett et al. (In re Refco, Inc.)*, Adv. Proc. 07-01712 (RDD) (Bankr. S.D.N.Y. Sept. 11, 2007).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is correct.

Dated: November 16, 2007

       /s/       
David E. Mollón