PLAN EXHIBIT K
NON-EXCLUSIVE LIST OF RETAINED ACTIONS

**This Exhibit is subject to all of the provisions of the Plan, including, without limitation section 12.5, under which the Plan Proponents have reserved the right to alter, amend, or modify the Plan, including any Exhibits thereto, under section 1127(a) of the Bankruptcy Code at any time prior to the Effective Date.**

The following is a non-exclusive list of potential or actual causes of action that the Debtors and/or RCM could assert, have asserted or may potentially assert. The Plan Proponents reserve their right to modify this list to amend such causes of action or otherwise update this list, but disclaim any obligation to do so. For the avoidance of doubt, the causes of action listed below do not include any causes of action that are released pursuant to the Plan, the Confirmation Order or any other order of the Bankruptcy Court.

1. Examiner-Identified Litigation

The Debtors and/or RCM may pursue, and expressly reserve the right to pursue, any potential claim or cause of action identified by the Examiner, either preliminarily, informally, or as may appear in any interim or final report that the Examiner may issue, including, but not limited to, claims arising from the initial public offering consummated by Refco on August 16, 2005, including against professionals who rendered services in connection with the IPO, which includes those professionals listed in Appendix 2, as well as persons who received dividends in connection with the IPO, which includes persons listed in Appendix 4. The Plan Proponents are continuing to review such potential causes of action and may pursue such causes of action against such parties.

2. Professionals

The Debtors and/or RCM reserve the right to pursue litigation against professionals who provided services to the Debtors and/or RCM prior to the Petition Date, as well as professionals who advised other parties (including, but not limited to, insiders) in connection with prepetition transactions involving the Debtors and/or RCM. The Plan Proponents are continuing to review such potential causes of action and may pursue such causes of action against such parties, including those listed in Appendix 2.

3. Cargill

The Debtors and/or RCM have determined that one or more of them has claims against Cargill, Incorporated ("Cargill") arising from or relating to an acquisition of certain businesses from Cargill during the summer of 2005. The Debtors and/or RCM reserve the right to institute litigation against Cargill, and any other potential defendants that may be appropriate, to recover damages in amounts to be determined and for other related relief.

4.   Employee/Insider Claims

The Debtors and/or RCM reserve the right to bring claims against any and all former officers or insiders. The Plan Proponents are continuing to review such potential causes of action and may pursue such causes of action against such parties, including those listed in Appendix 4.

5.   Accounts Receivable Collection

The Debtors and/or RCM have determined that one or more of them has claims against parties who have not paid amounts due to the Debtors and/or RCM as set forth in the Debtors' and RCM's books and records. The Plan Proponents are continuing to review such potential causes of action and may pursue such causes of action against such parties, including those listed in Appendix 5.

6.   Avoidance Actions[1]

Except as may be otherwise provided in the Plan or agreed to by the Debtors and/or RCM, any and all Claims may be subject to causes of action arising under sections 502, 510, 541, 542, 544, 545, 547 through 551, 552 and, with respect to RCM, section 749 of the Bankruptcy Code, or under related stated or federal statutes and common law, including fraudulent transfer laws that, even if not timely filed, may still be asserted as affirmative defenses to the allowability of such Claims in accordance with Section 502(d) of the Bankruptcy Code, subject to the rights of Holders of Claims to contest the availability thereof. The Plan Proponents have identified third parties who have received an interest in property of one or more of the Debtors and/or RCM on or within 90 days before the Petition Date or, with respect to insider parties, between 90 days and one year before the Petition Date, and are in the process of analyzing whether such transfers are subject to avoidance. The Plan Proponents are continuing to review such potential causes of action and may pursue such causes of action against such parties, including those listed in Appendix 6.

---

[1] Due to confidentiality concerns, the Plan Proponents have not separately listed herein any potential Avoidance Actions that FXA may hold against, inter alia, current or former customers of FXA. However, the Plan Proponents have identified parties who have received an interest in property of FXA on or within 90 days before the Petition Date, or with respect to insider parties, between 90 days and one year before the Petition Date, and are in the process of analyzing whether such transfers are subject to avoidance, including, without limitation, those parties listed on Attachments 3(a) and 3(b) of the Statement of Financial Affairs filed by FXA in Case No. 60023 on December 30, 2005.

7. Portfolio Wind-Down Claim

The Debtors and/or RCM have determined that they may have certain claims or causes of action against certain customers related to the liquidation of such customers' portfolios prior to or following the Petition Date. The Plan Proponents are continuing to review such potential causes of action and may pursue such causes of action against such parties, including those listed in Appendix 7.

8. Other Actions

The Debtors and/or RCM have determined that they may have certain claims or causes of action outside of bankruptcy against certain counterparties to various contracts, customers, vendors, joint ventures, or other third parties arising from the Debtors' day to day prepetition and postpetition activities. The Debtors reserve the right to institute litigation upon a determination that valid claims exist. The Plan Proponents are continuing to review such potential causes of action and may pursue such causes of action against such parties, including those listed in Appendix 8.

**All of the above causes of action against any person or entity, also includes any and all agents, employees, professionals, representatives, officers, directors, members, partners, successors, affiliates and assigns of such person or entity. The Debtors, RCM, the Reorganized Debtors and Post-Confirmation RCM expressly reserve all rights, defenses and counterclaims against any person or entity that has asserted or could assert a claim against the Debtors and/or RCM.**

**Appendix 2: Professionals**

1. Arthur Anderson, LLP
2. Bryan Cave LLP
3. Carillon Advisors LLC
4. Consentini Associates
5. Deloitte & Touche, LLP
6. Ernst & Young
7. Goldman Sachs & Co.
8. Grant Thornton
9. Herrick, Feinstein LLP
10. Holland & Knight LLP
11. Irwin Capital LLC
12. Keenzone Consulting, LLC
13. Kerr, Russell & Weber PLC
14. KPMG
15. Latham & Watkins
16. Levine Jacobs & Company LLC
17. Mayer, Brown, Rowe & Maw
18. Murray Devine & Co., Inc.
19. O'Conner & Company
20. PriceWaterhouseCoopers
21. Raymond James & Associates Inc.
22. Rubenstein Associates, Inc.
23. Schiff Hardin LLP
24. Schulte Roth & Zabel LLP
25. Ssaris Advisors LLC
26. Towry Law
27. Watson & Associates
28. Weil, Gotshal & Manges

**Appendix 4: Employer/Insider Claims**

1. Andre J. Dill
2. Anthony Whaley
3. Charles G. Collis
4. David V. Harkins
5. Dennis Klejna
6. Gerald M. Sherer
7. Joseph J. Murphy
8. Keith Kent
9. Leo Breitman
10. Nathan Gantcher
11. Paul Smith
12. Perry Rotkowitz
13. Philip Silverman
14. Phillip R. Bennett
15. Richard Butt
16. Robert S. Trosten
17. Ronald O'Kelley
18. Santo Maggio
19. Scott A. Schoen
20. Scott Jaeckal
21. Thomas H. Lee
22. William Sexton
23. Christopher Sugrue
24. Mark Kavanaugh
25. Peter McCarthy
26. Joe Agogila
27. James Davidson
28. Richard Outridge
29. Stephen Grady
30. Keith Kemp

**Appendix 5:  Accounts Receivable Collections Actions**

1. Chicago Mercantile Exchange
2. Lasalle Commercio
3. Phillip R. Bennett
4. Adam Ginensky
5. Alan H. Kurtin
6. A-Z Vending
7. Brett Simons
8. Brian Schaer
9. Candice Sunderlin
10. Charles Proctor
11. Christopher M. Wolf
12. Con Coughlin
13. CW Paul Kambout & Michael Diorio
14. Damon Federighi
15. Dan C. Henning Jr.
16. Doug C. Lang
17. Doug Riccolo
18. Dr. Charles Simpson
19. Ed O'Bradovich
20. Edward Hong
21. Eric McFarland
22. Forstmann Leff International (Warren International)
23. Frank L. Culin
24. Granex
25. Heather Koch
26. James M. Donahue
27. James Pooler
28. James Schultz
29. Jay Deutsch
30. Jeffrey A. Coburn
31. John E. Wilkin
32. John F. Cunningham
33. John F. Lawler
34. John Hackett
35. John Wheelihan
36. Julio Osacky
37. Lawrence Dunning & Mamir Zorlak
38. Man Financial
39. Mark Leemaster
40. Mark Spector
41. Matthew Stonestreet
42. Michael Bracher
43. Michael D. Farrell
44. Michael Egan
45. Michael Evans
46. Michael Harrison
47. Michael Heifetz
48. Michael Manning
49. Michael Stoltzner d/b/a Futrex Trading LLC
50. Patrick A. Walsh
51. Product Promotion LTD
52. Raymond Buck
53. Ronald Burnstein
54. Steve Kessler
55. Suffolk - KAV LLC
56. Suffolk – MKK LLC
57. Suffolk – SUG LLC
58. Suffolk, LLC
59. Terence M. Corby
60. Thomas H. Ritter
61. Tim Jacobs
62. William Braman
63. A.O.A. Investments
64. Abadi & Co. Securities Banco D
65. Acciones y Valores S.A.
66. Acies Assets Management SA
67. Activcard
68. Activcard SA-Spons ADR
69. Adelaide Overseas Corp
70. Advance Business Trading Co.
71. Albert & Angela Hu Revocable Trust
72. Aldesa Valores Puesto de Bolsa
73. Alfa Capital Holding(Cypurs)LT
74. Allied Properties
75. Allodi Kevin - Loan Account
76. Almiron Finance Corp.
77. Alsaawi, Fahad A./KFX
78. Altman, Betty
79. AMEL (Glon)
80. American Manor Enterprises
81. Amerro Asset Mgt Ltd
82. Ansari, Khalil

83. API Electronics Group Corp
84. Appadurai, Alok & Arjun & C. Brecke
85. Arcadia Hill Inc.
86. Arkwood International
87. Armels Trading Corp. Ltd
88. Asas Dunia
89. ASM Trading, LLC
90. Aspis LLC
91. Aton International Limited
92. Aussie Capital Limited
93. Autosevicio Mayorista Diarco
94. Axum Intl Currency Fund Ltd
95. B.I.V. Caracas
96. Bajonaid, A. Ahmad
97. Bancaribe Curacao Bank N.V
98. Banco Agricola(Panama) S.A.
99. Banco Banex S.A.
100. Banco Cuscatlan-TR
101. Banco De Bogota S.A.
102. Banco De Credito Del Peru
103. Banco De Investimento / Madeira
104. Banco Del Occidente, Panama
105. Banco Galicia
106. Banco Hipotecario S.A
107. Banco Industrial De Venezuela
108. Banco Interamericano De Finanz
109. Banco Monex
110. Banco Provincial/Caracas
111. Banco Salvadoreno, S.A.
112. Banco Uno Panama
113. Bancolombia Panama
114. Bancolombia S.A.
115. Banesco Holding Ca.
116. Bangkok Farm Co Ltd
117. Banistmo Securities El Salvado
118. Bank Of Ayundhya Pub Co-Forgn
119. Barker, Rotchford
120. Barry Blau
121. Basista, Beata
122. Batton, Tim S.
123. Bco. Hiptecario Inv. Turistica
124. Bco. Hipotecario de Inversion
125. Bencorp Custody
126. Bergsma, G.
127. Bernhard Abbuehl
128. BFI Forex Fund, L.L.P./Forex
129. Bhamre, Shirkrish Laxman
130. Bizuka, Mary H.
131. Bank Of Ayudhya
132. Black Herbert
133. Blakell Europlacer Ltd.
134. BN Valores Puesto De Bolsa, S.
135. BNP Paribas
136. Bolton Capital Planning LLC
137. Boston Finans A.S.
138. Britol Enterprises, Inc
139. Brompton Investment Company
140. Bulltick Capital Markets
141. Burke Trading, LP
142. C A La Electricidad De Caracas
143. C.F.T. Overseas Corp.
144. Capital Returns Int Fund, Ltd
145. Capital Ventures International
146. Cargill Agricola S.A.
147. Cargill Ferrous International
148. Cargill Global Trading
149. Cargill Inc.
150. Cargill Investor Services, Inc.
151. Cargill Saci Uruguay Branch
152. Carmyle Investments Ltd. #2
153. Carmyle Investments Ltd. #5
154. Cemex SA Spons Adr Part Cer
155. Chaco City Investments, Ltd
156. Chand, Krishan
157. Chao-Hsiang, Wang
158. Choulex FX Clear
159. CIS Financial Services, Inc.
160. Clanbrassil (Nominees) Ltd
161. Clickmarks.com
162. Climan, L.
163. Commodity House Proprietary Ltd
164. Condor Anlegen Ag Limited
165. Cook, Trevor & Gina
166. Copernico Argentina Fund
167. Copernico La Strategic Fund
168. Cornerstone Partners, L.P.
169. Corp. Financiera del Valle S.A.
170. Corporex Trading LLC
171. Counter-Party Terminations - FX
172. Counter-Party Terminations - Securities

173. Country Heights
174. Credicorp Ltd.
175. Crow, Richard
176. CTS Series B, LLC
177. CTS Series C, LLC
178. CTS Series I LLC/Deerhurst
179. CTS Series II, LLC/ Deerhurst
180. CTS Series III, LLC
181. CTS Series IV, LLC
182. Danixmaster Fund Limited
183. Dauber, Robert L.
184. Davis S. Oros
185. Marla T. Oros
186. Delin, Anton
187. Denali Master Fund LP
188. Dennis Ray Berman
189. Devonshire Capital Ltd
190. Dikkenboer, A. Den
191. DTP Trading Ltd.
192. DWT Investments 2002 LLC
193. Eisler / Coral Rock -UL
194. El Pacifico Vida Cia Deseguros
195. Elishayov, David
196. Epple, Jurgen
197. Equator Investment Holdings Ltd.
198. Eternity Global Master Fnd Ltd.
199. Euro Sicav Alliance Galaxy
200. Euro Sicav Alliance Galaxy/Cor
201. Euro Sicav Alliance Opal II/Cr
202. Euro Sicav Alliance Opal III
203. Euro Strategic Investments, Ltd.
204. Euroclear
205. European Sicav Alliance
206. Europlan Trust Co. Ltd.
207. F & G International Ltd.
208. Falcinvest Master Fund
209. Fauzsah Bte Abd Hamid
210. FCI Fidecorp Investments Avv
211. FE Global Leverage Inv.
212. Federal Portfolio Mnmgt Inc.
213. Fehlker, Achim
214. Fife, John
215. First Global Bank Limited
216. First Strike Diamonds Inc
217. Flagonville Tr. Cy.
218. Forex Advisory Services Ltd #2
219. Forex Advisory Services Ltd #3
220. Forex International Corp
221. Fortuna Intl Hldgs
222. Frankel, Daniel/Catranis
223. Frontline Ltd.
224. Futures Portfolio Fund, LP
225. Forex Capital Markets LLC
226. GAF Global Access Fund
227. Gaiacorp Trading Limited
228. Gardrum Limited
229. Global Fund
230. Global Partners Emerging Markets S.A.
231. Globeinvest Corp
232. Goma, Joelle
233. GPO Fin Banorte
234. Grand Trading Limited
235. Grupo Mexicano De Desarollo
236. GS GLBL Alpha Fund, L.P.
237. GS GLBL Curr Fund - $ Plus
238. Gulf Finance & Investment Co.
239. Gulfstream Financial Ltd
240. Gulfstream-CJ Group
241. Halewood International F.X. Ltd.
242. Hassan Mohamed El Barbary
243. Hawkes Contract Trust
244. Hencorp Becstone International
245. Hencorp Becstone Intl
246. Heptagon Casa De Bolsa
247. Heptagon Financial Services In
248. High Yield International/Blackwatch
249. Hindi, Jean N.
250. Hornbeck Offshore Services Inc.
251. Hotel Mark Intl Investments
252. Houser/Sunrise
253. HSBC - London
254. Hunziker Investments S.A. #1
255. Indah Kiat PuLP Pa
256. Index FX Limited
257. Inter P.I.D.Holdings Ltd
258. Interbolsa Inc.
259. Interpacific Capital Fund
260. Intersect Holdings LLC
261. Inversiones Sacramento S.A.
262. Inversora Balek S.A.
263. Inverunion S.A. Casa De Bolsa

264. Investco Holdings Ltd.
265. Ipanema Select Fund Ltd.
266. IPCO Investment A.G.
267. Iridium World Communications
268. Irving J. Levin Living Trust
269. Italbank Ltd.
270. Jaeck, Rene
271. JD & M Investors Inc.
272. Jerome Mangin
273. John Lorrez
274. Johnston Equipment
275. JWH Global Trust
276. Kalesnikoff Lumber Co.
277. Kalkhoven/Petit #2 Trading
278. Kalkoven/Pettit Trading Prtn
279. Katrine Hadlad Andersen
280. Kevin R. Burke
281. Kimsey, Tim & Linda
282. Knopping, Richard
283. Kocbank A.S
284. Kother,Klaus
285. Kozak, Michael
286. La Caja de Ahorro y Seguro-Bas
287. Lancer Pace Assoc.
288. Lancer Pace Associates (Japan)
289. Landune Int'l Ltd.
290. Latin American Investment Bank
291. Le Rose-2
292. Lemay Investments
293. Lemay Investments II, LP - Loan Account
294. Lincoln Trust FBO Dollard Dorais
295. Loja, Eduardo Rigon
296. Lonestar International Fund
297. Louis Dreyfus Corporation
298. Louis Dreyfus Trading Ltd
299. Louisa Starkey/Idex
300. Luthy & Partner S.A.
301. Lynx Multi-Strategy Fund II Ltd.
302. Lynx Multi-Strategy Fund. Ltd.
303. M.A. Valores S.A
304. Macorix Ltd.
305. Macquarie European Infrastructure
306. Magness, Dr. T.-Aggress (Entrust)
307. Man Financial
308. Manro Haydan Trading
309. Manro Hayden Trading (Bullion)
310. Manro Haydn Trading/NBP
311. Manrows Limited
312. Mapfre Peru Vida
313. Marc Rich Finance Gmgh
314. Marek Rollup Account
315. Markwood Investments
316. Marmollejo Pablo Oliveros
317. Marquette Partners LP
318. Mascot Investment Ltd. (York #23)
319. Mascot Investment Ltd. (York #18
320. Master Brook
321. Matyas, Arthur
322. Maxim, Parlikhin
323. MBA Sociedad de Bolsa S.A.
324. MBA Uruguay Sociedad De Bolsa
325. MCC International Corp. S.A.
326. Media Plus
327. Media Plus Public Co. Ltd.
328. Mercado De Valores - Luisa De
329. Mercado De Valores De Costa Ri
330. Meriden IM S.A.
331. Merrill Lynch
332. Metaxa Angelos
333. Metro Richelieu In.c
334. Michael Wilner
335. Minfin Of Russia
336. Mispec Resources Inc
337. Mitchell RG Family Books Inc.
338. Mitsubishi UFJ Fin
339. Monexder, S.A., De C.V.
340. Morgan Rev Living Trust
341. Morgan, Doris
342. Moufarrige, Mounir
343. Multi Bank Securities Inc
344. Multi Manager Futures Limited
345. Multiplic Bank Int'l
346. N.A. Real Estate (Gill PF I) L
347. N.A. Real Estate (Gill PF II)
348. N.A. Real Estate Partners (PF)
349. N.A. Real Estate Partners, LP
350. Nasco Inc.
351. National Commercial Bank Of Japan
352. NBK Investment Ltd
353. New Century (BVI) Limited
354. Nikko Futures Fund

355. Nissei Kohatsu Co., Ltd
356. Noise Media Inc.
357. Norrenberns, Donald
358. North Hills, LP
359. Northstar Global Fund, LP
360. NTH Borneo Corp
361. NTI Resources Limited
362. Nuevo Bco. Industrial De Azul S.A.
363. Oki Bank Offshore Ltd.
364. Olink, Glen
365. Omega Overseas Partners II Ltd
366. Ongis Metal FER SRL
367. Oxbow, LLC
368. Panholzer, Peter
369. Paradigm Futures Fund I, LLC/Zeiger
370. Paribas Paris
371. Pat & Mary Dunn Lvg. Trust
372. PBAS S.A. Equity
373. PCMG Trading Partners
374. PCMG Trading Partners V Loan Account
375. PCMG Trading Partners VIII Loan Account
376. PCMG Trading Partners XIV Loan Account
377. PCMG Trading Partners XXIII Loan Account
378. PCMG Trading Ptnrs 10 L.P.
379. PCMG Trading Ptnrs 8
380. PCMG VI Trading Partners
381. PCMG VI Trading Partners VI, LP
382. Pestotnik, Tadej & Dean Beovic
383. Petrus Securities
384. PFG Relative Value Opportunity
385. Pharos Local Markets Fund L.P.
386. Phibatec Ltd
387. Philippe Touret
388. Piller, Rebecca
389. Plashof Beheer BV
390. Polygon Management Ltd.
391. Popular Valores Puesto De Bols
392. Porvenir
393. Priester, W.J.
394. Prolexus Berhad
395. Prophex Cyprus Ltd
396. Propiedades Del Pacifico S.A.
397. Purvoy Ltd.
398. Quest Investments
399. R. Andrew Johnson Trust
400. Rabaul Holdings Ltd.
401. Rakesh Dhir
402. Ralldo Inc.
403. RBC RT 121 Global Bond Fund
404. Reifler Capital Advisors LLC
405. Retlon Trading Ltc
406. Rhapsody Plus Fund, Ltd.
407. Rheingans, Phil
408. RHO Trading Securities, LLC Rhofx1
409. Rietumu Banka
410. Rimac Internacional
411. Ritelco Marathon
412. Riverside
413. Robeco Multi Market SPC-SEG PO
414. Robert M. Wynn
415. Roberto Barbosa Moyano
416. Rockcreek Partner
417. RPM Trading Ltd.
418. RSK Investments LLC
419. Ruder Family Trust
420. Russia-Ian (Vnesheconombank)
421. Russian Investors Securities Ltd.
422. Saceif Louis Dreyfus y Cia Ltd.
423. Saltrix Limited
424. Sami Tamim & Mohammed Schuman
425. Sasamat Capital Corp Com
426. SBP Investments/ Alternative
427. SBS Sociedad De Bolsa SA
428. Schaart, G.L.
429. Schaebische Finanz-Und
430. Schaebische Finanz-Und #2
431. Schick, Anne-Marie
432. Schildershoven Amsterdam/Spcca
433. Schwartz, Chaim & Ezra
434. Scotia Inversiones S.A De C.V
435. Sdi Investments LLC
436. Seguros Banvalor
437. Selender Focused Currency
438. Serfinco S.A. Comisionistas De
439. Sergey Khotimiski

440. Servicios Generales Bursatiles
441. Setland Ltd.
442. SFU Gmbh
443. Shaina Investments Corp.
444. Shalbafian, Ali Renz
445. Shashaa, Ali Abdullah Zafir Al
446. Ship Finance Intl
447. Shmarin, Serge
448. Sidney Knafel
449. Sinclair Commodity Ltd.
450. Slayden Trading Company LLC
451. SN Bank
452. SN Bank Co Ltd.
453. Sobinbank
454. Societe Financiere Madina S.A.
455. Solitair Corp.
456. South East Group Ltd.
457. Sphinx Plus Ltd.
458. Sphinx Plus Spc. Ltd.
459. St. Georges Bank and Co Inc.
460. Standard Chartered Bank
461. Starlet Consultants Inc.
462. Steenbergen, Paul
463. Stehr, Gunter
464. Steletto Corp
465. Strategic Opportunity Fund Ltd
466. Sud Bank & Trust Co. Ltd.
467. Sutherland Overseas Ltd.
468. Tamer Mohamed Ali Abolallo Soliman
469. Tate & Lyle Industries Ltd.
470. TDT Jr. Capital LLC
471. Team Valor
472. Telesis II W, LLC
473. Tensana Limited
474. Texas Development Ind. Corp.
475. Texas Ho LP
476. Thai FD Inc.
477. Thai Press & Print
478. The Merriwell Fund L.P.
479. The Valley City Manufacturing
480. Thiede, Ken & Uschi Goody
481. Thuman Economic Consulting Ltd.
482. Trading Dynamics
483. Transamerica Merchant Int'l
484. Trans-Europa Translation Network Ltd.
485. Transvest  Ltd
486. Turlane Investment Inc.
487. UFJ Trust Bank
488. Unovalores Casa de Bolsa C.A.
489. Upton, Thomas H.
490. Urugrain S.A
491. Vael Global Macro Fund, LP
492. Valores Cuscatlan
493. Valores Cuscatlan Puest De Bol
494. Venezuela Oil
495. Verolacan Ltd.
496. Vipasa Int'l Investments Corp.
497. Vladimir Weberg
498. VR Argentina Recovery Fund
499. VR Global Partners, LP
500. Vrasdonk, Lambiek/Catranis
501. Waisburg, Jorge & Eugenia
502. Wessels, A.
503. West End Trading Ltd.
504. Western Gailes Capital Management LLC
505. Westeven Investments, Ltd
506. Wexford Spectrum Investors LLC
507. Wiens, Waldo
508. Wilbur Chocolate
509. William T. Esrey
510. Williams Communications Group
511. Winchester Trading LLC
512. World Corp Traders and Co. Inc.
513. Wortelboer Jr., G.J.
514. WRS Trading LLC
515. Yield Management Company Ltd.
516. Zahnd, Christian Jr.
517. IDS Managed Futures Fund I
518. IDS Managed Futures Fund II
519. JWH Global Trust
520. Alpha Investment Management
521. Con Edison
522. Museum Tower Condominiums

**Appendix 6: Avoidance Actions**

1. ASP Media Eforex
2. Barcharts.com
3. Bell Canada
4. Bloomberg
5. Bloomberg LP
6. Bloomberg.com
7. Bloomberg.com Co. Op
8. Business America
9. CBS Market Watch Co Op
10. CBS Marketwatch Dow Jones
11. Chart Ex
12. CNBC National TV
13. CTV Newsnet
14. Directory M
15. Dow Jones Market Watch
16. Fathom Online
17. Fow Metal Bulletin
18. Future Magazine
19. Future Source Bridge
20. Future Source Co. Op
21. Futures Magazine
22. Futures Magazine.Com
23. Futures Truth Print
24. Futures Truth.Com
25. FX Week Incisive
26. Globe and Mail Online
27. Investor Business Daily
28. National Post
29. NCC.Cable
30. New York Times.com
31. North Amercian Network
32. Resolutions Media LLC
33. Rob TV
34. Singtao Daily
35. Stockhouse Stock Group
36. Sympatico MSN Bell Canada
37. The Street
38. Thestreet.com
39. Traders.Com
40. Trading Charts
41. Trading Charts.com
42. WOR LLC
43. WSJ Interactive
44. Yahoo
45. Yellow Pages
46. 2B Investments Ltd.
47. A.G. Edwards & Sons Inc.
48. Abovenet Communications, Inc.
49. Adam Weis
50. Adams Business Media
51. ADT Security Services, Inc.
52. Ahavas International Corporation
53. Allied Benefit Systems, Inc.
54. Alpha Consultants LLC
55. Alps Construction, Inc.
56. Alston & Bird LLP
57. Ambiron
58. American Bldg. Maintenance Co.
59. American Direct Mail Co.,Inc.
60. American Express
61. Ameritech Credit Corp.
62. Andrew Daniels
63. AQR Absolute Return Master A/C LP
64. Archipelago, LLC
65. Aspen Graphics
66. AT&T
67. AT&T - Universal Biller
68. AT&T Teleconference Services
69. Auda Partners LP
70. Auda Refco Ltd
71. Automatic Data Processing, Inc.
72. Bank Snoras - Fairmond Ventures Ltd
73. Banque Lblux
74. Barchart.Com
75. Beeland Interests, Inc.
76. Bell & Howell
77. Bell Trading
78. Berland Printing, Inc
79. Bode & Associates, Inc.
80. Bolton Financial Services Inc
81. Breakwater Trading, LLC
82. Brian P. Delaney
83. Brian W. Clarke
84. Brokertec Usa, LLC
85. Burgess Computer Decisions, Inc.
86. Bytzek, Klaus

87. Calyon Financial
88. Capital Investment Services, Inc
89. Cargill, Incorporated
90. Carillon Advisors LLC
91. Carlin Equities Corp.
92. CDW Direct, LLC
93. Central Moving & Storage
94. Chicago Board Of Trade
95. Chicago Mercantile Exchange
96. Chicago Transit Authority
97. Cingular Wireless
98. CIT/DDI Leasing
99. Citigroup Global Markets Inc.
100. Claremont Far Hills Realty,L.L.C.
101. CMJ Printing Corporation
102. Coffee Unlimited
103. Cogent Communications, Inc.
104. Colman Brohan Davis
105. Comcast
106. Comdisco, Inc.
107. ComEd
108. Commonwealth Capital Corp.
109. Compliance Supervisors,Inc.
110. Computer Business Forms
111. Computer Voice Systems, Inc.
112. Comstock
113. Continental Resources, Inc.
114. Corky W. Andersen
115. Corporate Trust Services
116. CQG
117. CRA Intl Inc
118. Craig L. Knebel
119. Cross Hudson Consulting Chges
120. CSFB
121. CSFB FD Co.
122. Cumberdale Investments Ltd
123. Currenex Inc.
124. D&B Communication Services, Inc.
125. Data Impact
126. Datacode Inc.
127. David Benisty
128. De Lage Landen Financial Services
129. Del Hall Video
130. Delaware Car & Limousines
131. Deloitte & Touche, LLP
132. Demers Software LLC
133. Dispenza, Steve
134. Doubleclick Techsolutions
135. Doubledown Media, LLC
136. DTN Corporation
137. Dun & Bradstreet
138. E&G Technology Group, Inc.
139. Ehensint, S.
140. Eli Asanti
141. Enterprise Search Group
142. Equity Office Properties
143. ESIGNAL
144. Espeed, Inc.
145. Estancia Six, LLC
146. Eureka Networks
147. Eurobrokers
148. ExactSolutions
149. Executive Charge, Inc.
150. Expert Systems Group, Inc.
151. Farimond Ventures Limited
152. FedEx
153. Fenics Software Inc
154. Financial Brokers Corp
155. Financial Software Systems
156. Flowers Foods Inc
157. Focal Comm Corp.
158. Forstar Resources, Ltd.
159. Fortis Capital Corp
160. Fred Fiorini
161. Frederick Caruso
162. FT Interactive Data Corporation
163. Futures Industry Association
164. Futuresource
165. Garban LLC
166. GE Capital
167. Genesis Technologies, Inc.
168. Geneva, Mirabaud and Cie
169. GL Consultants, Inc.
170. Glenn Swanson
171. Globaltec Solutions
172. GM FPGT Refco
173. GMAC Commercial Finance LLC
174. Goldman Sachs & Co
175. Goldman Sachs Execution Clearing, LP
176. Gordon Trading Ltd
177. Grant Thornton LLP

178. Graphics 2000, Inc.
179. Graphics Data Services, Inc.
180. Greenlee, Steve
181. Greenline Financial Technologies, Inc.
182. GSEC, LP
183. Habitat Corporate Suites Network
184. Harry Fry
185. Hartfield Mgt. Inc.
186. HB Financial Services LC
187. Healthcare Service Corporation
188. Hencorp Becstone Financial Services LC
189. Hencorp Participation
190. Herrick, Feinstein LLP
191. Hilrepo
192. Howard Rice Nemerovski Canady
193. I. A. Englander & Co., Inc
194. IBM Corporation
195. ICAP Services N.A.
196. Icon Interiors Inc.
197. Illinois Paper, Co.
198. Imagetec, LP
199. Immediatech Corporation
200. INET ATS, Inc
201. Informa Economics, Inc.
202. Institute For Private Investors
203. Internap Network Services Corp
204. International Warehouse
205. IPC Information Systems, Inc.
206. IPC Network Services, Inc
207. Iron Mountain
208. Irwin Capital LLC
209. Isis
210. Ivan Cholakow
211. Jamal Oulhadj
212. Jefferies Execution Services, Inc.
213. JHJ Financial
214. John Wiley & Sons
215. Joseph Mazurek
216. Kansas City Board Of Trade
217. Keenzone Consulting,LLC
218. Ken Packard
219. Kerry Morse
220. Kessler & Co Investments
221. KPMG, LLP
222. Kroeck & Associates
223. Lakeview Technology Inc
224. Larry Bauman
225. Latham & Watkins
226. Latin America Consulting Ltd
227. Lazare Printing Co., Inc.
228. LDN - PG Direct Invest No 10
229. Levine Jacobs & Company LLC
230. Lexis-Nexis
231. Liberty AV Partners, LLC
232. Marc Gallagher
233. Marc Schneider
234. Market News International
235. Marsh USA, Inc.
236. Matrix Integration Technology, Inc.
237. Matt Rittenmeyer
238. Maxim Group, LLC
239. Mayer, Brown, Rowe & Maw LLP
240. MCI
241. MCI International, Inc.
242. Merrill Communications LLC
243. Merrill Corporation
244. Merrill Lynch
245. Michael Benisty
246. Michael Remigino
247. Mike Mallahan
248. Millennium Storage & Transfer Corp.
249. Minneapolis Grain Exchange
250. Moody's Investor Service
251. Moore North America
252. Moore Wallace
253. Morgan Stanley
254. Mulligan Security Corp.
255. Murray Devine Company
256. Murray Enterprises International, Inc.
257. NASD Regulation, Inc.
258. National Broadcasting Company, Inc.
259. National Futures Association
260. National Telephone Specialists, Inc.
261. Netjets Aviation, Inc.
262. New Economy Finance EU
263. New Jersey Nets
264. New York Board Of Trade
265. New York Mercantile Exchange
266. New York Stock Exchange, Inc.
267. Nextel Communication

268. North American Press, Inc
269. NYC Department Of Finance
270. NYFIX, Inc.
271. NYS Retirement Co - Inv Fund LP
272. O'Conner & Company
273. Office Concepts, Inc
274. Onesource NY, Inc.
275. O'Shea, Sean
276. P & S Limited Partnership
277. P.J. Mechanical Service & Maintence Corp
278. Pali Capital, LLC
279. Partners Capital Peregrine FD
280. Patsystems (NA) LLC
281. PCMG Trading Partners
282. Peak Accounting, Inc.
283. Peak Offshore Master Fund
284. Peak Partners LP
285. Peak Search
286. Peco, Inc.
287. Peter Mccarthy
288. PG Direct Inv. No 10
289. PGB
290. Pinkerton Consulting & Investigations
291. Plus Funds Group
292. Prebon Securities (USA) Inc
293. Pricewaterhouse Coopers LLP
294. Prime Analytics, LLC
295. PTR, Inc
296. Putnam Inv. Employers Sec Corp I
297. Putnam Inv. Employers Sec Corp II
298. Putnam Inv. Holdings, LLC
299. Qwest
300. R & D Consulting
301. Radianz Americas, Inc.
302. Raymond James & Associates Inc
303. Raymond Knox
304. Register.com, Inc.
305. Remington International
306. Response Personnel, Inc.
307. Reuters America Inc.
308. Richmor Aviation
309. Riverpoint Group Of IL, LLC
310. RTA/CTA Transit Benefit
311. Rubenstein Associates, Inc.
312. Rubloff
313. S&P Managed Futures Index Fund
314. Saco International, Inc.
315. Salesforce.com
316. Santolo Realty Inc.
317. SBC
318. SBC Datacomm
319. SBC Global Services, Inc.
320. Schiff Hardin LLP
321. Schulte Roth & Zabel LLP
322. Scneider, Richard
323. Scott Buttles
324. Sector, Inc.
325. Sentient
326. Serge Pushchinsky
327. Shinco Corp
328. Shred-Co
329. Shred-It
330. Signature Transport Inc.
331. Sir Speedy Printing Center
332. South Financial Services
333. Southern California Edison
334. Sparks Companies Inc.
335. Sparks Corp.
336. Specialty Business Machines, Inc.
337. Speedscan
338. Spike Financial Services
339. Spooz Inc
340. Sprint
341. Ssaris Advisors LLC
342. Standard & Poor's
343. Standard Parking
344. Staples Business Advantage
345. Stephen Dispenza
346. Strategic Financial Solutions, LLC.
347. Strategic Technologies
348. Strategic Workforce Solutions
349. Stuart Trading Company
350. Suffolk LLC
351. Sungard
352. Sungard Business Integration
353. Sungard Financial Systems
354. Sungard Futures Systems
355. Sungard Securities Finance, Inc.
356. Swan Chang
357. Teeman, Perely, Gilmartin

358. Tele-Review LLC
359. The Denison Corp
360. The Drachman Group
361. The Institute For Financial Markets
362. The League Corp.
363. The Security Professionals, Inc.
364. The Windsor Group LLC
365. Thomas Griffo
366. Thomas Mitchell
367. Thomson Financial
368. T-Mobile
369. TNS/Transline LLC
370. Towry Law
371. Trade Finance Dept
372. Tradeweb, LLC
373. Trading Technologies, Inc.
374. Tradition Asiel Sec
375. Trans Tech, LLC
376. Transaction Network Services
377. Transitcenter, Inc.
378. Tribeca Landmarks, LLC
379. Trizechahn
380. Tullet Liberty Brokerage Inc
381. Twenty First Securities Corp
382. U.S. Information Systems, Inc.
383. U.S. Postal Service
384. Unishippers
385. Us Citizenship & Immigration Services
386. Vanguard Archives Inc.
387. Verizon
388. Vilas Jain
389. Vision Service Plan
390. Weil, Gotshal & Manges LLP
391. Westcom Corporation
392. Wexford Clearing Service Corp
393. WFP Tower A Co. L.P.
394. Winter, Wyman Financial Contracting
395. Wolverine Execution Services, LLC
396. World Distribution Services, Inc.
397. Worldwide Orphans Foundation
398. WTD Consulting Inc
399. Xcel Business Solutions, Inc.
400. Xcitek Consulting Services
401. Yipes Enterprise Services, Inc.
402. Zebco, Inc.
403. Abadi & Co. Securities Ltd.
404. ABN AMRO Bank NV
405. Aldesa Valores Puesto De Bolsa
406. Alphix Co. Ltd.
407. Arbat Equity Arbitrage Fund Ltd
408. BAC International Bank Inc.
409. Banco Agricola Sa
410. Banco Continental De Panama Sa
411. Banco Corfaville
412. Banco Cuscatlan
413. Banco Financiero Del Peru
414. Banco Sudamericano
415. Banco Uno S.A.
416. Bancolumbia (Panama) S.A.
417. Bank For Foreign Trade Of Russia
418. Bank Of Beirut & Arab Countries
419. Banvalor Banco Comercial
420. Banc. Cuscatlan Fiduciario UCJSC
421. BOI Bank Corp
422. Cargill Financial
423. Cargill Financial Services Corp.
424. Cargill Global Funding
425. Cargill Global Funding Plc
426. Cargill Global Funding Plc Ldn
427. Cargill Inc.
428. Cargill Inc. Global Treasury Services
429. Cargill Investor Services, Ltd
430. Cargill Investors Services
431. Carlos Sevilleja
432. CIS Ltd
433. Citrine Special Opportunities
434. Eurocleareur Deutsche Bank AG
435. Filare Ltd
436. Fondo Comun Casa De Bolsa, C.A y Compani
437. Gain Capital
438. Geshoa Fund
439. Global Management
440. Inter Financial Services Ltd.
441. Interbolsa Inc.
442. Klim Fund
443. Latin America Consulting
444. Le Rose Inc.
445. Le Rose-2
446. Manro Haydan Trading

447. Markwood Investments
448. Metallinvestbank JSCB
449. Multi Credit Bank Inc.
450. Nikko Futures Fund
451. Odyessa Funds
452. Odyssea Fund BV
453. Paradigm Global Fund I Ltd.
454. Paradigm Global Fund I Ltd Class 6
455. Paradigm Global Fund I Ltd. -54
456. Paradigm Global Fund I Ltd.-53
457. Paradigm Global Fund I Ltd-51
458. Premier Bank
459. Premium Capital Appreciation Fund
460. Renaissance Securities Cyprus Ltd.
461. RPM Trading
462. Shepherd Investments Ltd
463. Stilton Int'l Holdings
464. Tokyo Forex Financial Inc.
465. Ubae Arab Italian Bank
466. Veron Enterprises Ltd.
467. VR Argentina Recovery Fund Ltd.
468. VR Capital Group, Ltd.
469. VR Global Partners
470. VR Global Partners LP Georgetown
471. VR Global Partners LP Moscow
472. VR Global Partners, LP

**Appendix 7: Portfolio Wind-Down Claims**

1. ABN Amro Bank N.V., Chicago
2. AIG International Inc
3. Allied Irish Bank, Dublin
4. Australia and New Zealand Banking Corp, Melbourne
5. Bank Julius Baer & Co. Ltd. Zurich
6. Bank of America, N.A.
7. Bank of Montreal, Toronto
8. Barclays Bank PLC
9. Bayerische Hypo und Vereinsbank AG, New York
10. Bayerische Landesbank
11. Bear Stearns Forex Inc
12. BNP Paribas, Paris
13. Calyon, London Branch
14. Canadian Imperial Bank of Commerce, Toronto
15. Citibank N.A.
16. Commonwealth Bank of Australia, London
17. Commonwealth Bank of Australia, New York
18. Commonwealth Bank of Australia, Sydney
19. Credit Suisse (formerly CSFB)
20. Deutsche Bank AG, London
21. Dresdner Bank AG, Frankfurt
22. Fimat SA
23. Goldman Sachs
24. HSBC Bank USA, NA
25. ING
26. J Aron & Company
27. JP Morgan Chase Bank, London
28. JP Morgan Chase Bank, New York
29. JP Morgan Chase Bank, Singapore
30. JP Morgan Chase Bank, Tokyo
31. Lehman Brothers
32. Lehman Brothers Commercial Corp
33. Lloyds TSB Bank plc
34. Merrill Lynch International Bank Ltd
35. Mizuho
36. Morgan Stanley and Co, Inc
37. Nomura
38. Royal Bank of Canada, London
39. Royal Bank of Canada, Sydney
40. Royal Bank of Canada, Toronto
41. Skandanaviska Enskildabanken, Stockholm
42. Standard Chartered Bank
43. The Royal Bank of Scotland plc
44. UBS AG, Stamford
45. Wachovia
46. West LB Securities
47. Westdeutsche Landesbank, London
48. Westdeutsche Landesbank, New York
49. Westpac Banking Corporation, Sydney

**Appendix 8: Other Actions**

1. Chicago Mercantile Exchange
2. eSpeed, Inc.
3. Liberty Corner Capital Strategy LLC
4. Delta Flyer Fund LLC
5. Cantor Fitzgerald
6. Bank Frick
7. Forex Capital Markets, LLC
8. Acies Asset Management, SA
9. Manro Haydan Trading
10. Tradeworx Inc.
11. EMF Core Fund Ltd.
12. CS Land Mgmt LLC
13. CIM Ventures Inc.
14. Beckenham Trading Co.
15. Strategic Opportunity Fund Ltd.
16. SN Bank Ltd.
17. S&P Managed Futures Index Fund, L.P.