BINGHAM McCUTCHEN LLP

399 Park Avenue

New York, New York 10022

(212) 705-7000

Steven Wilamowsky (SW-9266)

Jared R. Clark (JC-6512)

Mark W. Deveno (MD-8708)

Attorneys for the Refco Plan Administrator
and the RCM Plan Administrator

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Refco Inc., et al., | ) | Case No. 05-60006 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

---------------------------------------------------------------

## AMENDED PROPOSED AGENDA FOR HEARING
## SCHEDULED FOR AUGUST 14, 2007 AT 10:00 A.M.

**Location of Hearing:**   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Room 610, One Bowling Green, New York, NY 10004

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

        A.      Uncontested Matters;

        B.      Contested Matters;

        C.      Adversary Matters;

        D.      Adjourned Matters; and

        E.      Settled Matters.

A.    **UNCONTESTED MATTERS**

1.    RCM Plan Administrator's Motion For Entry of an Order (1) Deeming Certain RCM Creditors to Have Made Certain Plan Elections and (2) Authorizing Distribution to, or Reserves for, Such Newly Electing Creditors of Shares of the RCM Cash Distribution and Shares of 50% of the RGL FXCM Distribution, in Each Case Pursuant to the Joint Chapter 11 Plan of Refco Inc. and Certain of Its Direct and Indirect Subsidiaries [Docket No. 5554]

Related Documents:  None

Response Deadline:  August 7, 2007

Responses Filed:  None

Status:  This matter is going forward.

2.    Plan Administrator's Motion for order in Aid of Plan distributions and for Related Relief [Docket No. 5650]

Related Documents:  None

Response Deadline:  August 9, 2007

Responses Filed:  None

Status:  This matter is going forward.

3.    Fourth Interim Combined Application of Joshua R. Hochberg, the Examiner, and McKenna Long & Aldridge LLP, Counsel to the Examiner, for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period February 1, 2007 Through and Including May 31, 2007 [Docket No. 5571]

Related Documents:  None

Response Deadline:  August 7, 2007 at 4:00 p.m.

Responses Filed:  None

Status:  This matter is going forward.

4.    Motion for Approval of Settlement With AP Services, LLC [Docket No. 5352]

Related Documents:  None

Response Deadline:  June 25, 2007

Responses Filed:

(a)     Report of Interim Compensation for the Period from October 1, 2006 Through December 26, 2006 and Final Report of Compensation Earned and Expenses Incurred by AP Services, LLC for the Period from October 18, 2005 Through December 26, 2006 [Docket No. 4468]

(b)     Application of AP Services, LLC As Crisis Managers for Debtors and Debtors-In-Possession for Approval and Payment of the Contingent Success Fee [4469]

(c)     Response of United States Trustee to Motion of Plan Administrators, RJM, LLC and Marc S. Kirschner, for Approval of Settlement with AP Services, LLC [Docket No. 5473]

(d)     Notice of Resolution of Response of the United States Trustee to Motion of Plan Administrators, RJM, LLC and Marc S. Kirschner, for Approval of Settlement with AP Services, LLC

Status:  This matter is going forward as an uncontested matter.

5.     Motion for Payment of Administrative Expenses filed by Interactive Data Corporation [Docket No. 3411]

Related Documents:

(a)     Notice of Adjournment [Docket No. 4660]

(b)     Amended Notice of Adjournment [Docket No. 4663]

(c)     Notice of Adjournment [Docket No. 4981]

(d)     Notice of Adjournment of Hearing [Docket No. 5218]

(e)     Notice of Adjournment of Hearing [Docket No. 5411]

(f)     Notice of Adjournment of Hearing [Docket No. 5512]

Response Deadline:  May 30, 2007 at 4:00 p.m.

Responses Filed:

(a)     Reorganized Debtors' Objection to Request of Interactive Data Corporation for Allowance and Payment of Administrative Expense Claim [Docket No. 4460]

Reply Deadline:  August 7, 2007

Status:  This matter has been settled and is going forward as an uncontested

3

matter.

6.    Motion of Interactive Data Corporation to Deem Certain Executory Contracts with the Debtors Assumed and Assigned to Man Financial [Docket No. 3808]

Related Documents:

(a)    Notice of Adjournment [Docket No. 4005]

(b)    Notice of Adjournment [Docket No. 4278]

(c)    Notice of Adjournment [Docket No. 4442]

(d)    Notice of Adjournment [Docket No. 4661]

(e)    Amended Notice of Adjournment [Docket No. 4663]

(f)    Notice of Adjournment [Docket No. 4982]

(g)    Notice of Adjournment of Hearing [Docket No. 5219]

(h)    Notice of Adjournment of Hearing [Docket No. 5410]

(i)    Notice of Adjournment of Hearing [Docket No. 5510]

Response Deadline:  August 7, 2007 at 4:00 p.m.

Responses Filed:  None

Status:  This matter has been settled and is going forward as an uncontested matter.


**B.    CONTESTED MATTERS**

1.    Plan Administrators' Twelfth Omnibus Motion for Entry of an Order Disallowing Certain Claims, Reducing and Allowing Certain Claims, and Classifying Certain Claims [Docket No. 4593] -- Only with Respect to those Claims Listed Below

Related Documents:

(a)    RCM Trustee's Motion for Summary Judgment on Proof of Claim of PlusFunds Group, Inc. [Docket No. 4623]

(b)    PlusFunds Group, Inc.'s Opposition to the RCM Trustee's Motion for Summary Judgment to Disallow its Second Amended Proof of Claim [Docket No. 4752]

(c)    RCM Trustee's Reply in Further Support of Motion for Summary Judgment on Proof of Claim of PlusFunds Group, Inc. [Docket No. 4855]

4

(d)    Notice of Adjournment of Hearing Solely in Respect of Certain Claims [Docket No. 4869]

(e)    Supplemental Notice of Adjournment of Hearing Solely In Respect of Certain Claims [Docket No. 4893]

(f)    Order Disallowing Certain Claims, Reducing and Allowing Certain Claims and Classifying Certain Claims [Docket No. 4937]

(g)    Supplemental Order Disallowing Claims of Miami Children's Hospital Foundations [Docket No. 5142]

(h)    Supplemental Order Disallowing Certain Claims, Reducing and Allowing Certain Claims and Classifying Certain Claims Pursuant to Plan Administrators' Twelfth Omnibus Motion Regarding Claim Nos. 13157, 13463, 13482 [Docket No. 5167]

(i)    Supplemental Order in Respect of Plan Administrators' Twelfth Omnibus Motion Regarding Claim Nos. 2688, 6707, 12564, 14176, 14236 [Docket No. 5593]

(j)    Order Granting the Plan Administrators' Motion for Summary Judgment on Proofs of Claim of Plusfunds Group, Inc. [Docket No. 5600]

(k)    Plusfunds' Notice of Appeal of Order Granting the Plan Administrators' Motion for Summary Judgment on Proofs of Claim of Plusfunds Group, Inc. [Docket No. 5631]

(l)    Supplemental Order Granting Plan Administrators' Twelfth Omnibus Motion for Entry of an Order Disallowing Certain Claims, Reducing and Allowing Certain Claims and Classifying Certain Claims Regarding Claim No. 13191 [Docket No. 5684]

(m)    PlusFunds Group, Inc.'s Designation of Record on Appeal and Statement of Issues to be Presented [Docket No. 5704]

Response Deadline: As noted below.

Responses Filed:  As noted below.

Status: This matter is going forward solely with respect to those claims listed below, except as noted below in Adjourned Matters:

(a)    With responses due by April 4, 2007

(i)    Aliso Trading Group, Inc.'s Opposition to Twelfth Omnibus Motion Seeking to Disallow Claim (No. 8904) [Docket No. 4838], as well as Refco Plan Administrator's Reply to Aliso Trading Group, Inc.'s Opposition to The Twelfth Omnibus Motion for

5

Entry of an Order Disallowing Certain Claims, Reducing and Allowing Certain Claims, and Classifying Certain Claims [Docket No. 5311]

2.      Plan Administrators' Fifteenth Omnibus Motion for Entry of an Order Disallowing Certain Claims, Reducing and Allowing Certain Claims, and Classifying Certain Claims [Docket No. 5389] -- Only with Respect to those Claims Listed Below

Related Documents:

(a)     Notice of Adjournment of Hearing Solely In Respect of Certain Claims [Docket No. 5548]

(b)     Order Disallowing Certain Claims, Reducing and Allowing Certain Claims and Classifying Certain Claims [Docket No. 5598]

Response Deadline:  As noted below.

Responses Filed:  None

Replies Filed:

(a)     Plan Administrators' Reply to Wai Leung Ho's Response [Doc. No. 5533] to the Plan Administrators' Fifteenth Omnibus Motion [Docket No. 5703]

(b)     Plan Administrator's Reply to Response of Refco Diversified Futures Fund (In Voluntary Liquidation) to Fifteenth Omnibus Motion For Entry of an Order Disallowing Certain Claims, Reducing and Allowing Certain Claims, and Classifying Certain Claims [Docket No. 5714]

(c)     Supplemental Affidavit of William Sugden in Support of Response of Refco Diversified Futures Fund (in Voluntary Liquidation) in Opposition to Plan Administrator's Fifteenth Omnibus Motion for Entry of an Order Disallowing Certain Claims, Reducing and Allowing Certain Claims, and Classifying Certain Claims [Docket No. 5715]

Status: This matter is going forward solely with respect to the claims listed below:

(a)     With responses due by July 10, 2007

         (i)      Response to Motion filed by Wai Leung Ho [Docket No. 5533; Claim Nos. 6925, 14375]

(b)     With responses due by August 7, 2007

         (i)      Response of Refco Diversified Futures Fund (in Voluntary Liquidation) in Opposition to Plan Administrator's Fifteenth Omnibus Motion for Entry of an Order Disallowing Certain

A/72112278.7

Claims, Reducing and Allowing Certain Claims, and Classifying Certain Claims [Docket No. 5683; Claim No. 9455]

3.    Lead Plaintiffs' Motion for Modification of the Automatic Stay, to the Extent Necessary, Pursuant to 11 U.S.C. Section 362(d) [Docket No. 5494]

Related Documents:

(a)    Notice of Adjournment of Hearing [Docket No. 5513]

Response Deadline:  August 7, 2007

Responses Filed:

(a)    Grant Thornton LLP Response to Motion of Lead Plaintiffs for Modification of the Automatic Stay [Docket No. 5678]

(b)    Utendahl Capital Partners, L.P., The Williams Capital Group, L.P.,, Muriel Siebert & Co., Inc., Samuel A. Ramirez & Company, Inc., CMG Institutional Trading LLC, BMO Capital Markets Corp., William Blair & Company, L.L.C., Sandler O'Neil & Partners, L.P., Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc., Goldman, Sachs & Co., HSBC Securities (USA) Inc., JPMorgan Securities Inc, Merrill Lynch, Pierce Fenner & Smith Incorporated Response to Motion for Modification of the Automatic Stay, To The Extent Necessary, Pursuant to 11 U.S.C. Section 362(d) [Docket No. 5679]

(c)    Thomas H. Lee Equity Fund V, L.P. Response to Lead Plaintiffs' Motion for Modification of the Automatic Stay, to the Extent Necessary [Docket No. 5682]

(d)    Limited Objection of the Trustee for the Refco Litigation Trust to Lead Plaintiffs' Motion for Modification of the Automatic Stay, to the Extent Necessary, Pursuant to 11 U.S.C. Section 362(d) [Docket No. 5690]

Status:  This matter is going forward.

4.    Motion to Approve an Order Discharging Examiner and Establishing Related Procedures [Docket No. 5632]

Related Documents:  None

Response Deadline:  August 7, 2007 at 4:00 p.m.

Responses Filed:

(a)    Lead Plaintiffs' Limited Objection to Examiner's Motion for Order Discharging Examiner and Establishing Related Procedures [Docket No.

7

5676]

(b)     Lead Plaintiffs' Amended Limited Objection to Examiner's Motion for Order Discharging Examiner and Establishing Related Procedures [Docket No. 5691]

(c)     Response of Examiner to Lead Plaintiffs' Limited Objection to Examiner's Motion for Order Discharging Examiner and Establishing Related Procedures [Docket No. 5707]

Status:  This matter is going forward.

## C.    ADVERSARY MATTERS

1.     Adversary Proceeding 07-01500

Marc S. Kirschner v. Reifler

Related Documents:

(a)     Amended Objection of Marc S. Kirschner as Plan Administrator and Chapter 11 Trustee of Refco Capital Markets, Ltd., to Proof of claim of BradleyC. Reifler [Docket No. 4401]

Status:  This pretrial conference is going forward.

2.     Adversary Proceeding  07-01502

Marc S. Kirschner v. Carlos Sevilleja

Related Documents:

(a)     Objection to Proofs of Claim of Creative Finance Limited and Cosmorex LTD. [Docket No. 4558]

Status:  This pretrial conference is going forward.

## D.    ADJOURNED MATTERS

1.     RCM Trustee's Omnibus Objection Subject to January 9, 2007 Notice [Docket No. 4194] Relating to SPhinX Managed Futures Fund SPC - Claim Nos. 11,378, and 11,387

Related Documents:  None

Responses Filed:  None

Status:  This matter has been adjourned to October 17, 2007.

2.     Motion for Payment of Administrative Expenses filed by William M. Sexton. [Docket No. 3378]

Related Documents:  None

Response Deadline:  April 26, 2007

Responses Filed:

(a)     Objection and Memorandum of Law of the Refco Plan Administrator to Request by William M. Sexton for Payment of Administrative Expenses From Refco Inc., Refco Group Ltd., LLC, Refco Global Futures LLC and New Refco Group Ltd. LLC [Docket No. 4809]

(b)     Reply of William M. Sexton to Motion for Payment of Administrative Expenses From Refco, Inc., Refco Group Ltd., LLC, Refco Global Futures LLC and New Refco Group Ltd. [Docket No. 5515]

Status:  This matter has been adjourned to September 20, 2007.

3.     Motion of Abovenet Communications, Inc. for Allowance and Payment of Administrative Expense Claim [Docket No. 3393]

Related Documents:

(a)     Notice of Adjournment [Docket No. 3496]

(b)     Second Notice of Adjournment [Docket No. 4146]

(c)     Supplement to Motion of Abovenet Communications, Inc. for Allowance and Payment of Administrative Expense Claim [Docket No. 4249]

(d)     Third Notice of Adjournment [Docket No. 4292]

(e)     Fourth Notice of Adjournment [Docket No. 4486]

(f)     Fourth Notice of Adjournment [Docket No. 4490]

(g)     Fifth Notice of Adjournment of Hearing [Docket No. 4814]

(h)     Sixth Notice of Adjournment of Hearing [Docket No. 5103]

(i)     Seventh Notice of Adjournment of Hearing [Docket No. 5281]

(j)     Eighth Notice of Adjournment of Hearing [Docket No. 5471]

(k)     Ninth Notice of Adjournment of Hearing [Docket No. 5520]

(l)     Tenth Notice of Adjournment of Hearing [Docket No. 5671]

Response Deadline:  September 13, 2007

Responses Filed:  None

Status:  This matter has been adjourned to September 20, 2007.

4.     Motion for Payment of Administrative Expenses filed by Dennis Klejna [Docket No. 3406]

Related Documents:  None

Response Deadline:  April 26, 2007

Responses Filed:

(a)     Objection and Memorandum of Law of the Refco Plan Administrator and RCM Plan Administrator to Request By Dennis Klejna for Payment of Administrative Expenses [Docket No. 4810]

Status:  This matter has been adjourned to September 20, 2007.

5.     Plan Administrators' Omnibus Motion Objecting to Requests for Payment of Administrative Expense Claims [Docket No. 4594] -- Only with Respect to the Claims and/or Motions Listed Below

Related Documents:

(a)     Notice of Adjournment of Hearing Solely in Respect of Certain Claims [Docket No. 4870]

(b)     Order Denying or Denying In Part Certain Requests for Payment of Administrative Expenses Claims [Docket No. 4938]

Response Deadline:  As noted below.

Responses Filed:  As noted below.

Status: This matter is going forward solely with respect to those claims listed below:

(a)     Adjourned to September 20, 2007, with responses due by April 4, 2007

(i)     Response of the Tennessee Department of Revenue to the Plan Administrator's Omnibus Motion Objecting to Requests for Payment of Administrative Expense Claims [Docket No. 4835; Claim Nos. 128, 129, 14287 and 14288]

(b)     Adjourned to September 20, 2007, with responses due by June 15, 2007

(i)     The City of New York Department of Finance (Claim No. 14298)

6.    Plan Administrators' Twelfth Omnibus Motion for Entry of an Order Disallowing Certain Claims, Reducing and Allowing Certain Claims, and Classifying Certain Claims [Docket No. 4593] -- Only with Respect to those Claims Listed Below

Related Documents:

(a)    RCM Trustee's Motion for Summary Judgment on Proof of Claim of PlusFunds Group, Inc. [Docket No. 4623]

(b)    PlusFunds Group, Inc.'s Opposition to the RCM Trustee's Motion for Summary Judgment to Disallow its Second Amended Proof of Claim [Docket No. 4752]

(c)    RCM Trustee's Reply in Further Support of Motion for Summary Judgment on Proof of Claim of PlusFunds Group, Inc. [Docket No. 4855]

(d)    Notice of Adjournment of Hearing Solely in Respect of Certain Claims [Docket No. 4869]

(e)    Supplemental Notice of Adjournment of Hearing Solely In Respect of Certain Claims [Docket No. 4893]

(f)    Order Disallowing Certain Claims, Reducing and Allowing Certain Claims and Classifying Certain Claims [Docket No. 4937]

(g)    Supplemental Order Disallowing Claims of Miami Children's Hospital Foundations [Docket No. 5142]

(h)    Supplemental Order Disallowing Certain Claims, Reducing and Allowing Certain Claims and Classifying Certain Claims Pursuant to Plan Administrators' Twelfth Omnibus Motion Regarding Claim Nos. 13157, 13463, 13482 [Docket No. 5167]

(i)    Supplemental Order in Respect of Plan Administrators' Twelfth Omnibus Motion Regarding Claim Nos. 2688, 6707, 12564, 14176, 14236 [Docket No. 5593]

(j)    Order Granting the Plan Administrators' Motion for Summary Judgment on Proofs of Claim of Plusfunds Group, Inc. [Docket No. 5600]

(k)    Plusfunds' Notice of Appeal of Order Granting the Plan Administrators' Motion for Summary Judgment on Proofs of Claim of Plusfunds Group, Inc. [Docket No. 5631]

(l)    Supplemental Order Granting Plan Administrators' Twelfth Omnibus Motion for Entry of an Order Disallowing Certain Claims, Reducing and Allowing Certain Claims and Classifying Certain Claims Regarding Claim No. 13191 [Docket No. 5684]

(m)    PlusFunds Group, Inc.'s Designation of Record on Appeal and Statement of Issues to be Presented [Docket No. 5704]

Response Deadline: As noted below.

Responses Filed:  As noted below.

Status: This matter has been adjourned solely with respect to those claims listed below:

(a)    Adjourned to September 20, 2007, with responses due by April 4, 2007

    (i)    Response of Gibbons P.C. (f/k/a Gibbons, Del Deo, Dolan , Griffinger & Vecchione) [Docket No. 4826; Claim No. 10347]

    (ii)    Response of Schiff Hardin LLP [Docket No. 4836; Claim No. 118]

(b)    Adjourned to September 20, 2007, with responses due by July 6, 2007

    (i)    Response of William Sexton to Motion for Entry of an Order Disallowing Certain Claims, Reducing and Allowing Certain Claims, and Classifying Certain Claims [Docket No. 5514; Claim Nos. 11430-11432]

    (ii)    Response of Joseph J. Murphy In Opposition to The Plan Administrator's Twelfth Omnibus Motion for Entry of an Order Disallowing Certain Claims, Reducing and Allowing Certain Claims, and Classifying Certain Claims [Docket No. 5509; Claim No. 11936-11939]

(c)    Adjourned to September 20, 2007, with responses due by September 12, 2007

    (i)    Dennis A. Klejna (Claim Nos. 10344-10346)

(d)    Adjourned to September 20, 2007, with responses due by September 13, 2007

    (i)    NBC Universal Corp. (Claim No. 115)

    (ii)    Reuters (Claim No. 10498)

7.    Plan Administrators' Thirteenth Omnibus Motion for Entry of an Order Disallowing Certain Claims, Reducing and Allowing Certain Claims, and Classifying Certain Claims [Docket No. 4812] - Only with Respect to the Claims Listed Below

Related Documents:

(a)     Notice of Adjournment of Hearing Solely In Respect of Certain Claims Affected By The Plan Administrators' Thirteenth Omnibus Motion for Entry of an Order Disallowing Certain Claims, Reducing and Allowing Certain Claims, and Classifying Claims [Docket No. 5121]

(b)     Supplemental Notice of Adjournment of Hearing Solely in Respect of Certain Claims Affected by the Plan Administrators' Thirteenth Omnibus Motion for Entry of an Order Disallowing Certain Claims, Reducing and Allowing Certain Claims, and Classifying Claims [Docket No. 5127]

(c)     Order Disallowing Certain Claims, Reducing and Allowing Certain Claims and Classifying Certain Claims [Docket No. 5145]

(d)     Order (a) Sustaining in Part Plan Administrator's Objection to Claim No. 3808 of Antoine Heyward; and (b) Scheduling Pre-Trial Conference with Respect to Remainder of Claim No. 3808 [Docket No. 5376]

(e)     Supplemental Order Regarding Plan Administrators' Thirteenth Omnibus Motion For Entry Of An Order Disallowing Certain Claims, Reducing and Allowing Certain Claims, and Classifying Certain Claims Regarding Claim No. 5886 [Docket No. 5505]

(f)     Supplemental Order in Respect of Plan Administrators' Thirteenth Omnibus Motion for Entry of an Order Disallowing Certain Claims, Reducing and Allowing Certain Claims and Classifying Certain Claims Regarding Claim Nos. 10816, 10817, 13373 [Docket No. 5587]

(g)     Supplemental Order in respect of Plan Administrators' Thirteenth Omnibus Motion Regarding Claim No. 4782 [Docket No. 5594]

(h)     Scheduling Order Regarding Claim No. 3808 of Antoine Heyward [Docket No. 5596]

(i)     Notice of Filing of Claimant's (Antoine Heyward) First Set of Discovery Requests [Docket No. 5613]

(j)     Supplemental Order signed on 8/10/2007 in respect of Plan Administrators' Thirteenth Omnibus Motion for Entry of an Order Disallowing Certain Claims, Reducing and Disallowing Certain Claims and Classifying Certain Claims Regarding Claim No. 12785 [Docket No. 5712]

<u>Response Deadline</u>:  As noted below.

<u>Responses Filed</u>:  As noted below.

<u>Status</u>: This matter has been adjourned solely with respect to those claims listed below:

(a)    Adjourned to September 20, 2007, with responses due by September 13, 2007

    (i)    Reuters SA (Claim No. 666)

    (ii)   Ecco LLC (Claim No. 3462)

    (iii)  Risk Management Int'l (Claim No. 10922)

    (iv)   Deutsche Bank (Claim No. 11254)

(b)    Adjourned to October 23, 2007, in accordance with Scheduling Order [Docket No. 5596], with responses due by April 26, 2007

    (i)    Antoine Heyward's Response to Motion to Expunge Claim [Docket No. 5239; Claim No. 3808]

8.    Plan Administrators' Fourteenth Omnibus Motion for Entry of an Order Disallowing Certain Claims, Reducing and Allowing Certain Claims, and Classifying Claims [Docket No. 5135] -- Only with Respect to those Claims Listed Below

Related Documents:

(a)    Index of State Authorities [Docket No. 5345]

Responses Filed:  As noted below.

Response Deadline:  As noted below

Status: This matter is adjourned solely with respect to those claims listed below:

(a)    Adjourned to September 20, 2007, with responses due by August 7, 2007

    (i)    Opposition of the New York Department of Taxation and Finance to Plan Administrators' Fourteenth Omnibus Objection to Certain Claims [Docket No. 5262; Claim No. 14309]

    (ii)   Response of the Orange County California Treasurer-Tax Collector to Plan Administrators' Fourteenth Omnibus Motion for Entry of an order Disallowing Certain Claims, Reducing and Allowing Certain Claims, and Classifying Certain Claims [Docket No. 5343; Claim Nos. 14422, 14434, 14435]

(b)    Adjourned to September 20, 2007, with responses due by September 13, 2007

    (i)    Winton Capital Management Ltd. (Claim No. 9316)

9.      Plan Administrators' Fifteenth Omnibus Motion for Entry of an Order
        Disallowing Certain Claims, Reducing and Allowing Certain Claims, and
        Classifying Certain Claims [Docket No. 5389] -- Only with Respect to those
        Claims Listed Below

        Related Documents:

        (a)     Notice of Adjournment of Hearing Solely In Respect of Certain Claims
                [Docket No. 5548]

        (b)     Order Disallowing Certain Claims, Reducing and Allowing Certain
                Claims and Classifying Certain Claims [Docket No. 5598]

        (c)     Plan Administrators' Reply to Wai Leung Ho's Response [Doc. No. 5533]
                to the Plan Administrators' Fifteenth Omnibus Motion [Docket No. 5703]

        (d)     Plan Administrator's Reply to Response of Refco Diversified Futures Fund
                (In Voluntary Liquidation) to Fifteenth Omnibus Motion For Entry of an
                Order Disallowing Certain Claims, Reducing and Allowing Certain
                Claims, and Classifying Certain Claims [Docket No. 5714]

        (e)     Supplemental Affidavit of William Sugden in Support of Response of
                Refco Diversified Futures Fund (in Voluntary Liquidation) in Opposition
                to Plan Administrator's Fifteenth Omnibus Motion for Entry of an Order
                Disallowing Certain Claims, Reducing and Allowing Certain Claims, and
                Classifying Certain Claims [Docket No. 5715]

        Response Deadline:  As noted below.

        Responses Filed:  As noted below.

        Status:  This matter is adjourned solely with respect to those claims listed below:

        (a)     Adjourned to September 20, 2007, with responses due by July 10, 2007

                (i)     Response of the Tennessee Department of Revenue to the Plan
                        Administrator's Fifteenth Omnibus Motion for Disallowing
                        Certain Claims, Reducing and Allowing Certain Claims, and
                        Classifying Certain Claims [Docket No. 5508; Claim Nos. 130,
                        131, 132]

                (ii)    Opposition Response and Objection of Reuters America LLC to
                        the Plan Administrators' Fifteenth Omnibus Motion for Entry of an
                        Order Disallowing Certain Claims, Reducing and Allowing Certain
                        Claims and Classifying Certain Claims filed by Michael E. Norton
                        on behalf of Reuters America LLC [Docket No. 5525; Claim Nos.
                        10499, 14456, 14457]

                (iii)   Opposition of Gavin Prentice to Plan Administrators' Fifteenth

Omnibus Motion [Docket No. 5526; Claim No. 11282]

    (iv)    The City of New York (Claim No. 14306)

(b)    Adjourned to September 20, 2007, with responses due by September 13, 2007

    (i)    Mary Lou Lee, Jason Foo, Samantha Foo, Foo, LLC, and Estate of Chih Min Foo (Claim No. 14500)

(c)    Adjourned to September 20, 2007, with responses due by August 31, 2007, and reply to any responses due by September 14, 2007

    (i)    Greenwich Capital Financial Products, Inc. (Claim No. 9392)

10.    Plan Administrators' Omnibus Motion for Entry of an Order Reclassifying Certain Claims, Allowing Certain Claims, Partially Allowing Certain Claims, and Disallowing and Expunging Certain Claims Against Refco F/X Associates, LLC [Docket No. 5207] - Only with Respect to the Claims Listed Below

Related Documents:

(a)    Notice of Revised Exhibits to Plan Administrator's Omnibus Motion for Entry of an Order Reclassifying Certain Claims, Allowing Certain Claims, Partially Allowing Certain Claims, and Disallowing and Expunging Certain Claims Against Refco F/X Associates, LLC [Docket No. 5375]

(b)    Order Reclassifying Certain Claims, Allowing Certain Claims, Partially Allowing Certain Claims, and Disallowing and Expunging Certain Claims Against Refco F/X Associates, LLC [Docket No. 5524]

(c)    Notice of Filing of Proposed Supplemental Order on Plan Administrator's Motion for Entry of an Order Reclassifying Certain Claims, Allowing Certain Claims, Partially Allowing Certain Claims, and Disallowing and Expunging Certain Claims Against Refco F/X Associates, LLC [Docket No. 5561]

(d)    Notice of Filing of Plan Administrator's Trial Exhibit in Connection with the Hearing on Plan Administrator's Motion for Entry of an Order Reclassifying Certain Claims, Allowing Certain Claims, Partially Allowing Certain Claims, and Disallowing and Expunging Certain Claims Against Refco F/X Associates, LLC [Docket No. 5562]

(e)    Notice of Appeal filed on behalf of American Financial International Group [Docket No. 5572]

(f)    Supplemental Order Reclassifying Certain Claims, Allowing Certain Claims, Partially Allowing Certain Claims, and Disallowing and Expunging Certain Claims Against Refco F/X Associates, LLC [Docket

16

No. 5599]

(g) Appellant American Financial International Group Designation of Contents and Statement of Issues [Docket No. 5629]

(h) Counter-Designation of Contents For Record On Appeal and Response to Statement of Issues Presented on Appeal by Appellees [Docket No. 5674]

<u>Response Deadline</u>:  As noted below.

<u>Responses Filed</u>:  As noted below.

<u>Status</u>:  This matter has been adjourned solely with respect to the claims listed below:

(a) Adjourned to September 20, 2007, with replies to any responses due by September 13, 2007

  (i) Index Financial Services AG [Docket No. 5414; Claim No. 9681]

  (ii) Millennium Trust FBO Dan L. Becker [Docket No. 5446; Claim No. 11899]

  (iii) Blackwatch Capital Management LLC [Docket No. 5485; claim No. 5552]

11. RCM Plan Administrator's Omnibus Motion for Entry of and Order Disallowing Certain Claims [Docket No. 4750] - Only with Respect to the Claims Listed Below

<u>Related Documents</u>:

(a) Exhibit F to RCM Plan Administrator's Omnibus Motion for Entry of an Order Disallow Certain Claims [Docket No. 4751] -- Only with Respect to the Claims Listed Below

(b) Notice of Adjournment of Hearing solely in Respect of Certain Claims Affected by the RCM Plan Administrator's Omnibus Motion for Entry of an Order Disallowing Certain Claims [Docket No. 5126]

(c) Order Granting RCM Plan Administrator's Omnibus Motion for Entry of an Order Disallowing Certain Claims [Docket No. 5144]

<u>Response Deadline</u>:  As noted below.

<u>Responses Filed</u>:  As noted below.

<u>Status</u>: This matter has been adjourned solely with respect to the claims listed below:

(a)     Adjourned to September 20, 2007, with responses due by September 13, 2007

    (i)     Commonwealth Bank of Australia (Claim No. 6898)

    (ii)    Stuart Trading Company (Claim No. 10113)

    (iii)   Barclays Capital Securities Limited (Claim No. 10116)

    (iv)    Deutsche Bank AG (Claim No. 11253)

    (v)     Bear Stearns and Co. Inc. (Claim No. 11434)

    (vi)    Bear Stearns International Limited (Claim No. 11433)

    (vii)   Morgan Stanley Market Products Inc. (Claim No. 11772)

    (viii)  Nomura International PLC (Claim No. 11906)

    (ix)    Ixis Corporate & Investment Bank (Claim No. 11909)

    (x)     Bancoval SA (Claim No. 11910)

    (xi)    Lebo Capital Management LLC (Claim No. 12289)

(b)     Adjourned to September 20, 2007, with replies to any responses due by September 13, 2007

    (i)     Response and Objection to RCM Plan Administrator's Omnibus Motion for Entry of an Order Disallowing Certain Claims, in Particular South Financial Services Corp. Claim #11844 [Docket No. 5100]

(c)     Adjourned to December 12, 2007, with responses due by December 5, 2007

    (i)     Tone Grant (Claim Nos. 10479, 10491)

12.     Plan Administrators' Objection to Proofs of Claim filed by Pacific Investment Management Company LLC and RH Capital Associates LLC, Directly and as Lead Plaintiffs, Against Various Debtor Entities, Including RCM [Docket No. 4617]

Related Documents:  None

Response Deadline:  April 26, 2007 at 4:00 p.m.

Responses Filed:

(a)     Response of Lead Plaintiffs, Pacific Investment Management Company

LLC and RH Capital Associates LLC [Docket No. 5085]

Status:  This matter has been adjourned to September 20, 2007.

13.    Plan Administrators' Objection to Proofs of Claim filed by Grant Thornton LLP Against Various Debtor Entities [Docket No. 4737]

Related Documents:

(a)    Plan Administrators' Supplemental Objection to July Grant Thornton Claims and Objection to Amended Proofs of Claim filed by Grant Thornton LLP Against Various Debtor Entities [Docket No. 5037]

Response Deadline:  May 25, 2007

Responses Filed:  None

Status:  This matter has been adjourned indefinitely.

14.    Debtors' Motion for Order Under 11 U.S.C. Section 502 and Fed. R. Bankr. P. 3007 Reducing Proof of Claim of James Davison (No. 11469) [Docket No. 3989]

Related Documents:

(a)    Notice of Adjournment [Docket No. 5405]

Response Deadline:  October 10, 2007 at 4 p.m.

Responses Filed:  None

Status:  This matter has been adjourned until October 17, 2007.

15.    Objection of Marc S. Kirschner as Plan Administrator and Chapter 11 Trustee of Refco Capital Markets, Ltd. to Proof of Claim of Stilton International Holdings Limited [Docket No. 4740]

Related Documents:

(a)    Adversary Proceeding Case No. 07-01642; Scheduling Order [Docket No. 7]

Response Deadline: TBD (moving forward concurrently with Adversary Proceeding No. 07-01642)

Responses Filed:  None

Status: This matter has been adjourned, and will be handled concurrently with Adversary Proceeding No. 07-01642.

16.    Adversary Proceeding 06-01617

Dag Seim v. Refco Inc., Refco Group Holdings, Inc., Refco Capital Markets, Ltd., Philip R. Bennett, Santo C. Maggio a.k.a. Sandy Maggio, John Does 1-10 & XYZ Corporations 1-10

Status: This pretrial conference has been adjourned to September 20, 2007.

17.    Adversary Proceeding 07-01475

Marc S. Kirschner v. UBAE

Status:  This pretrial conference has been adjourned to September 20, 2007.

18.    Adversary Proceeding 07-01480

Marc S. Kirschner v. Alphix Co., Ltd.

Status:  This pretrial conference has been adjourned to September 20, 2007.

19.    Adversary Proceeding 07-01645

Marc S. Kirschner v. Nikko Futures Fund and Total Alpha Investment Fund Management Company S.A.

Status: This pretrial conference has been adjourned to September 20, 2007.

20.    Adversary Proceeding 07-1646

Marc S. Kirschner v. RPM Trading

Status: This pretrial conference has been adjourned to September 20, 2007.


E.    **SETTLED MATTERS**

1.    Adversary Proceeding 07-01478

Kirschner v. Aska Futures Co., Ltd.

Status:  This matter has been settled.  A stipulation and order has been submitted to the Court by notice of presentment [Docket No. 6].

2.    Adversary Proceeding 07-01479

Kirschner v. Tokyo Forex Financial

Status:  This matter has been settled.  A stipulation and order has been submitted to the Court by notice of presentment [Docket No. 6].

3.    RCM Plan Administrator's Supplemental Objection to Proofs of Claim Filed Against RCM by PM Petromanagement Limited, Rocky Systems Corp., Quercus

Investments Ltd., Dante Canonica Dooney Trading Inc., and Dante Canonica Pornival Traders Inc. [Docket No. 4738]

Related Documents:

(a)    RCM Plan Administrator's Second Supplemental Objection to Proofs of Claim filed against RCM by PM Petromanagement Limited, Rocky Systems Corp., Dante Canonica Dooney Trading Inc., and Dante Canonica Pornival Traders Inc. [Docket No. 5272]

(b)    Notice of Presentment of Stipulation and Order Approving Settlement, between Rocky Systems Corp. and the RCM Plan Administrator, Respecting Claim Number 9923 asserted in the Amount of $486,271.49 [Docket No. 5588]

(c)    Notice of Presentment of Stipulation and Order Approving Settlement, between Pornival Traders Inc. and The RCM Plan Administrator, Respecting Claim Number 9935 Asserted in the Amount of $350,609.74 [Docket No. 5589]

(d)    Notice of Presentment of Stipulation and Order Approving Settlement, between Dooney Trading Inc and The RCM Plan Administrator, Respecting Claim Number 9934 asserted in the amount of $179,540.36 [Docket No. 5590]

(e)    Notice of Presentment of Stipulation and Order Approving Settlement, between PM PetroManagement Limited and The RCM Plan Administrator, Respecting Claim Number 9879 asserted in the amount of $669,199.83 [Docket No. 5591]

(f)    Stipulation and Agreed Order Approving Settlement, between Deutsche Bank Securities Inc. and the RCM Plan Administrator Respecting Claim [Docket No. 5597]

Response Deadline:  June 25, 2007 at 4:00 p.m.

Responses Filed:  None

Status:  This matter has been settled.  Stipulations and orders have been submitted to the Court by notice of presentment [Docket Nos. 5588, 5589, 5590, 5591, 5597].

4.    Plan Administrators' Twelfth Omnibus Motion for Entry of an Order Disallowing Certain Claims, Reducing and Allowing Certain Claims, and Classifying Certain Claims [Docket No. 4593] -- Only with Respect to those Claims Listed Below

Related Documents:

(a)    RCM Trustee's Motion for Summary Judgment on Proof of Claim of

21

PlusFunds Group, Inc. [Docket No. 4623]

(b) PlusFunds Group, Inc.'s Opposition to the RCM Trustee's Motion for Summary Judgment to Disallow its Second Amended Proof of Claim [Docket No. 4752]

(c) RCM Trustee's Reply in Further Support of Motion for Summary Judgment on Proof of Claim of PlusFunds Group, Inc. [Docket No. 4855]

(d) Notice of Adjournment of Hearing Solely in Respect of Certain Claims [Docket No. 4869]

(e) Supplemental Notice of Adjournment of Hearing Solely In Respect of Certain Claims [Docket No. 4893]

(f) Order Disallowing Certain Claims, Reducing and Allowing Certain Claims and Classifying Certain Claims [Docket No. 4937]

(g) Supplemental Order Disallowing Claims of Miami Children's Hospital Foundations [Docket No. 5142]

(h) Supplemental Order Disallowing Certain Claims, Reducing and Allowing Certain Claims and Classifying Certain Claims Pursuant to Plan Administrators' Twelfth Omnibus Motion Regarding Claim Nos. 13157, 13463, 13482 [Docket No. 5167]

(i) Supplemental Order in Respect of Plan Administrators' Twelfth Omnibus Motion Regarding Claim Nos. 2688, 6707, 12564, 14176, 14236 [Docket No. 5593]

(j) Order Granting the Plan Administrators' Motion for Summary Judgment on Proofs of Claim of Plusfunds Group, Inc. [Docket No. 5600]

(k) Plusfunds' Notice of Appeal of Order Granting the Plan Administrators' Motion for Summary Judgment on Proofs of Claim of Plusfunds Group, Inc. [Docket No. 5631]

(l) Supplemental Order Granting Plan Administrators' Twelfth Omnibus Motion for Entry of an Order Disallowing Certain Claims, Reducing and Allowing Certain Claims and Classifying Certain Claims Regarding Claim No. 13191 [Docket No. 5684]

(m) PlusFunds Group, Inc.'s Designation of Record on Appeal and Statement of Issues to be Presented [Docket No. 5704]

Response Deadline: As noted below.

Responses Filed:  As noted below.

22

<u>Status</u>: This matter has been settled solely with respect to those claims listed below:

    (a)      With responses due by April 4, 2007

          (i)      Response of Kevin J. Hall [Docket No. 4795; Claim No. 2443]

5.     Plan Administrators' Thirteenth Omnibus Motion for Entry of an Order Disallowing Certain Claims, Reducing and Allowing Certain Claims, and Classifying Certain Claims [Docket No. 4812] - Only with Respect to the Claims Listed Below

    <u>Related Documents</u>:

    (a)      Notice of Adjournment of Hearing Solely In Respect of Certain Claims Affected By The Plan Administrators' Thirteenth Omnibus Motion for Entry of an Order Disallowing Certain Claims, Reducing and Allowing Certain Claims, and Classifying Claims [Docket No. 5121]

    (b)      Supplemental Notice of Adjournment of Hearing Solely in Respect of Certain Claims Affected by the Plan Administrators' Thirteenth Omnibus Motion for Entry of an Order Disallowing Certain Claims, Reducing and Allowing Certain Claims, and Classifying Claims [Docket No. 5127]

    (c)      Order Disallowing Certain Claims, Reducing and Allowing Certain Claims and Classifying Certain Claims [Docket No. 5145]

    (d)      Order (a) Sustaining in Part Plan Administrator's Objection to Claim No. 3808 of Antoine Heyward; and (b) Scheduling Pre-Trial Conference with Respect to Remainder of Claim No. 3808 [Docket No. 5376]

    (e)      Supplemental Order Regarding Plan Administrators' Thirteenth Omnibus Motion For Entry Of An Order Disallowing Certain Claims, Reducing and Allowing Certain Claims, and Classifying Certain Claims Regarding Claim No. 5886 [Docket No. 5505]

    (f)      Supplemental Order in Respect of Plan Administrators' Thirteenth Omnibus Motion for Entry of an Order Disallowing Certain Claims, Reducing and Allowing Certain Claims and Classifying Certain Claims Regarding Claim Nos. 10816, 10817, 13373 [Docket No. 5587]

    (g)      Supplemental Order in respect of Plan Administrators' Thirteenth Omnibus Motion Regarding Claim No. 4782 [Docket No. 5594]

    (h)      Scheduling Order Regarding Claim No. 3808 of Antoine Heyward [Docket No. 5596]

    (i)      Notice of Filing of Claimant's (Antoine Heyward) First Set of Discovery Requests [Docket No. 5613]

(j)     Supplemental Order signed on 8/10/2007 in respect of Plan Administrators' Thirteenth Omnibus Motion for Entry of an Order Disallowing Certain Claims, Reducing and Disallowing Certain Claims and Classifying Certain Claims Regarding Claim No. 12785 [Docket No. 5712]

Response Deadline:  As noted below.

Responses Filed:  As noted below.

Status: This matter has been settled solely with respect to those claims listed below:

(a)     With responses due by April 26, 2007

      (i)     Response to Motion of Avery Point CLO, Ltd., Prospect Harbor Credit Partners, LP, Sankaty High Yield Partners, LP, Sankaty High Yield Partners II, LP, and Sankaty High Yield Partners III, LP [Docket No. 5086; Claim Nos. 11801-11803, 11805, 11807, 11808, 11816, 11817, 11821, 11822]

(b)     With responses due by August 7, 2007

      (i)     Fund Manager (Protective Life) (Claim No. 13311)

Dated: New York, New York
        August 13, 2007

                              BINGHAM McCUTCHEN LLP

                              By:  Steven Wilamowsky
                                   Steven Wilamowsky (SW-9266)
                                   Jared R. Clark (JC-6512)
                                   Mark W. Deveno (MD-8708)
                                   399 Park Avenue
                                   New York, New York 10022
                                   (212) 705-7000

                                Attorneys for the Refco Plan Administrator and the RCM Plan Administrator