UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| MARC S. KIRSCHNER,<br>as Trustee of the Refco Private Actions Trust,<br><br>Plaintiff,<br>v.<br><br>PHILLIP R. BENNETT, SANTO C. MAGGIO,<br>ROBERT C. TROSTEN, MAYER, BROWN,<br>ROWE & MAW LLP, GRANT THORNTON LLP,<br>and ERNST & YOUNG US LLP,<br><br>Defendants. | **Electronically Filed**<br><br>**07 Civ 8165 (GEL)**<br><br>**STATEMENT OF**<br>**DELAYED ECF-FILING** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

The electronic filing of the foregoing document was delayed by the SDNY ECF service interruption from November 16, 2007 at 6:00 p.m. through November 19, 2007 at approximately 10:00 a.m. Accordingly, this document was served electronically on all parties on Friday, November 16, 2007.

                WINSTON & STRAWN LLP

                By:_____/s/_____
                     David E. Mollón
                     Steven M. Schwartz
                     WINSTON & STRAWN LLP
                     200 Park Avenue
                     New York, NY 10166-4193
                     Tel: 212-294-6700
                     Fax: 212-294-4700

                     Of counsel:
                     Bradley E. Lerman
                     Catherine W. Joyce
                     Linda T. Coberly
                     WINSTON & STRAWN LLP
                     35 W. Wacker Drive
                     Chicago, Illinois 60601
                     Tel: 312-558-5600
                     Fax: 312-558-5700
                     *Attorneys for Grant Thornton LLP*