UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
| | |
|---|---|
| MARC S. KIRSCHNER, as Trustee of the Refco Private Actions Trust, | : **Electronically Filed** |
| | : |
| | : **07 Civ 8165 (GEL)** |
| Plaintiff, | : |
| v. | : |
| | : |
| PHILLIP R. BENNETT, SANTO C. MAGGIO, ROBERT C. TROSTEN, MAYER, BROWN, ROWE & MAW LLP, GRANT THORNTON LLP, and ERNST & YOUNG US LLP, | : **CERTIFICATE OF SERVICE** |
| | : |
| Defendants. | : |

---------------------------------------x

      I, Ruth Braun, an attorney, do hereby certify that on November 16, 2007, I served a true and correct copy of the Removing Defendants' Memorandum of Law in Opposition to Plaintiff's Motion to Remand to New York State Court, and accompanying declaration of David E. Mollón, with its exhibits, electronically upon all parties. The aforementioned documents were served electronically because of a service interruption in the Southern District of New York's ECF system from November 16, 2007 at 6:00 p.m. through November 19, 2007 at approximately 10:00 a.m.

Dated: November 19, 2007
      New York, New York

                                               /s/
                                          Ruth Braun