UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC S. KIRSCHNER,<br>as Trustee of the Refco Private Actions Trust,<br><br>                              Plaintiff,<br>  - against -<br><br>PHILLIP R. BENNETT et al.,<br><br>                              Defendants. | No. 07 Civ. 8165 (GEL) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Barbara Moses of Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C., with offices located at 565 Fifth Avenue, New York, New York 10017, hereby appears on behalf of defendant Robert Trosten in the above-captioned action. The undersigned hereby requests that all papers in the above-captioned action be served upon the undersigned at the email address stated below.

I certify that I am admitted to practice before this Court.

Dated: November 21, 2007
       New York, New York

                    MORVILLO, ABRAMOWITZ, GRAND,
                     IASON, ANELLO & BOHRER, P.C.

                           /s/ Barbara Moses
                    _____
                         Barbara Moses  (BM-2952)

                    565 Fifth Avenue
                    New York, New York 10017
                    (212) 856-9600 (Phone)
                    (212) 856-9494 (Fax)
                    Email: bmoses@maglaw.com

                    *Attorneys for Defendant Robert Trosten*