UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARC S. KIRSCHNER,
as Trustee of the Refco Private Actions Trust,

                        Plaintiff,

- against -

PHILLIP R. BENNETT et al.,

                        Defendants.

No. 07 Civ. 8165 (GEL)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Rachel Korenblat of Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C., with offices located at 565 Fifth Avenue, New York, New York 10017, hereby appears on behalf of defendant Robert Trosten in the above-captioned action. The undersigned hereby requests that all papers in the above-captioned action be served upon the undersigned at the email address stated below.

I certify that I am admitted to practice before this Court.

Dated: November 21, 2007
       New York, New York

                        MORVILLO, ABRAMOWITZ, GRAND,
                        IASON, ANELLO & BOHRER, P.C.

                            /s/ Rachel Korenblat
                        Rachel Korenblat  (RK-0170)

565 Fifth Avenue
New York, New York 10017
(212) 856-9600 (Phone)
(212) 856-9494 (Fax)
Email: rkorenblat@maglaw.com

*Attorneys for Defendant Robert Trosten*