**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7175

WRITER'S INTERNET ADDRESS
sascharand@quinnemanuel.com

December 10, 2007



VIA HAND DELIVERY

Honorable Gerald E. Lynch
United States Courthouse
500 Pearl Street, Room 910
New York, NY 10007

Re:   Kirschner v. Bennett et al., Case No. 07-cv-08165

Dear Judge Lynch:

We are counsel to Marc S. Kirschner in his capacity as Trustee of the Refco Non-Estate Private Actions Trust (the "PAT Trustee"), Plaintiff in the above-referenced action. Pursuant to the schedule agreed to and ordered by the Court, the PAT Trustee will file its reply papers in support of its Motion to Remand to State Court (the "Remand Motion") on December 17, 2007. So that the PAT Trustee can address arguments made in Defendants' Opposition to the Remand Motion that had not been raised in Defendants' Notice of Removal or addressed in the Remand Motion, we respectfully request that the page limit for the PAT Trustee's reply memorandum of law be increased from ten to twenty pages. We have conferred with counsel for the Defendants seeking removal--Grant Thornton LLP, Mayer Brown LLP and Mayer Brown International LLP--and they have no objection.

SO ORDERED

_____
GERARD E. LYNCH, U.S.D.J.
12/11/07

**quinn emanuel urquhart oliver & hedges, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

Respectfully submitted,

Sascha N. Rand

cc:   David E. Mollon, Esq. (counsel for Defendant Grant Thornton LLP via elecontic mail)
    John K. Villa, Esq. (counsel for Defendant Mayer Brown LLP via electronic mail)
    Joel M. Cohen, Esq. (counsel for Defendant Mayer Brown International LLP via electronic mail)

So ordered:

_____
Hon. Gerald E. Lynch