UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC S. KIRSCHNER, as Trustee of the Refco Private Actions Trust,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>PHILLIP R. BENNETT, et al.,<br><br>　　　　　　　　　　Defendants. | 07 Civ. 8165 (GEL)<br><br>**NOTICE OF APPEARANCE** |

　　　PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of

Defendant, Ernst & Young LLP, in the above-captioned action:

　　　Miles N. Ruthberg
　　　Latham & Watkins LLP
　　　885 Third Avenue
　　　New York, New York 10022
　　　Telephone: (212) 906-1200
　　　Facsimile:　(212) 751-4864


Dated:　December 20, 2007
　　　　New York, New York


　　　　　　　　　　　　　　　　　　　　　LATHAM & WATKINS LLP

　　　　　　　　　　　　By:　　/s/　Miles N. Ruthberg
　　　　　　　　　　　　　　　Miles N. Ruthberg
　　　　　　　　　　　　　　　885 Third Avenue
　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　Telephone: (212) 906-1200
　　　　　　　　　　　　　　　Facsimile:　(212) 751-4864

　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　Ernst & Young LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC S. KIRSCHNER, as Trustee of the Refco Private Action Trust,<br><br>       Plaintiffs,<br><br>  v.<br><br>PHILLIP R. BENNETT, et al.,<br><br>       Defendants. | 07 Civ. 8165 (GEL)<br><br>**CERTIFICATE OF SERVICE** |

   I, Miles N. Ruthberg, hereby certify that on December 20, 2007, true and correct copies of the attached Notice of Appearance, dated December 20, 2007, in the above captioned proceeding, were caused to be served in accordance with the Federal Rules of Civil Procedure, electronically via the Electronic Case Filing ("ECF") system upon all counsel of record registered to receive such service, and by First-Class Mail via the United States Postal Services upon:

     John K. Villa, Esq.
     Williams & Connolly LLP
     725 12th Street, N.W.
     Washington, D.C. 20004
     Attorney for Mayer Brown

     Catherine W. Joyce, Esq.
     Winston & Strawn, LLP
     35 West Wacker Drive
     Chicago, IL 60601
     Attorneys for Grant Thornton LLP

Dated: December 20, 2007
   New York, New York

            LATHAM & WATKINS LLP

      By: /s/ Miles N. Ruthberg
         Miles N. Ruthberg
         885 Third Avenue
         New York, New York 10022
         Telephone: (212) 906-1200
         Facsimile: (212) 751-4864

         Attorneys for Defendant
         Ernst & Young LLP