UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC S. KIRSCHNER, as Trustee of the Refco Private Actions Trust, <br><br> Plaintiffs, <br><br> v. <br><br> PHILLIP R. BENNETT, et al., <br><br> Defendants. | 07 Civ. 8165 (GEL) <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendant, Ernst & Young LLP, in the above-captioned action:

    Christopher Harris
    Latham & Watkins LLP
    885 Third Avenue
    New York, New York 10022
    Telephone: (212) 906-1200
    Facsimile:  (212) 751-4864

Dated:  December 20, 2007
       New York, New York

                LATHAM & WATKINS LLP

                By:    /s/  Christopher Harris
                     Christopher Harris (CH 6513)
                     885 Third Avenue, Suite 1000
                     New York, New York  10022
                     Telephone: (212) 906-1200
                     Facsimile: (212) 751-4864

                     Attorneys for Defendant
                     Ernst & Young LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC S. KIRSCHNER, as Trustee of the Refco Private Actions Trust,<br><br>                        Plaintiffs,<br><br>    v.<br><br>PHILLIP R. BENNETT, et al.,<br><br>                        Defendants. | 07 Civ. 8165 (GEL)<br><br>**CERTIFICATE OF SERVICE** |

      I, Christopher Harris, hereby certify that on December 20, 2007, true and correct copies of the attached Notice of Appearance, dated December 20, 2007, in the above captioned proceeding, were caused to be served in accordance with the Federal Rules of Civil Procedure, electronically via the Electronic Case Filing ("ECF") system upon all counsel of record registered to receive such service, and by First-Class Mail via the United States Postal Services upon:

                John K. Villa, Esq.
                Williams & Connolly LLP
                725 12th Street, N.W.
                Washington, D.C. 20004
                Attorney for Mayer Brown

                Catherine W. Joyce, Esq.
                Winston & Strawn, LLP
                35 West Wacker Drive
                Chicago, IL 60601
                Attorneys for Grant Thornton LLP

Dated:  New York, New York
         December 20, 2007

                                      LATHAM & WATKINS LLP

                By:     /s/ Christopher Harris
                       Christopher Harris (CH 6513)
                       885 Third Avenue, Suite 1000
                       New York, New York 10022
                       Telephone: (212) 906-1200
                       Facsimile: (212) 751-4864

                       Attorneys for Defendant
                       Ernst & Young LLP