UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC S. KIRSCHNER, as Trustee of the Refco Private Actions Trust, <br><br> Plaintiffs, <br><br> v. <br><br> PHILLIP R. BENNETT, et al., <br><br> Defendants. | 07 Civ. 8165 (GEL) <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendant, Ernst & Young LLP, in the above-captioned action:

>Elizabeth H. Hickey
>Latham & Watkins LLP
>One Newark Center, 16th Floor
>Newark, New Jersey 07101
>Telephone: (973) 639-1234
>Facsimile:  (973) 639-7298

Dated: December 20, 2007
       Newark, New Jersey

>LATHAM & WATKINS LLP
>
>By:   /s/  Elizabeth H. Hickey
>      Elizabeth H. Hickey
>      One Newark Center, 16th Floor
>      Newark, New Jersey 07101
>      Telephone: (973) 639-1234
>      Facsimile:  (973) 639-7298
>
>      Attorneys for Defendant
>      Ernst & Young LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC S. KIRSCHNER, as Trustee of the Refco Private Actions Trust,<br><br>       Plaintiffs,<br><br>  v.<br><br>PHILLIP R. BENNETT, et al.,<br><br>       Defendants. | 07 Civ. 8165 (GEL)<br><br>**CERTIFICATE OF SERVICE** |

   I, Elizabeth H. Hickey, hereby certify that on December 20, 2007, true and correct copies of the attached Notice of Appearance, dated December 20, 2007, in the above captioned proceeding, were caused to be served in accordance with the Federal Rules of Civil Procedure, electronically via the Electronic Case Filing ("ECF") system upon all counsel of record registered to receive such service, and by First-Class Mail via the United States Postal Services upon:

      John K. Villa, Esq.
      Williams & Connolly LLP
      725 12th Street, N.W.
      Washington, D.C. 20004
      Attorney for Mayer Brown

      Catherine W. Joyce, Esq.
      Winston & Strawn, LLP
      35 West Wacker Drive
      Chicago, IL 60601
      Attorneys for Grant Thornton LLP

Dated: Newark, New Jersey
    December 20, 2007

           LATHAM & WATKINS LLP

     By:  /s/ Elizabeth H. Hickey
        Elizabeth H. Hickey
        One Newark Center, 16th Floor
        Newark, New Jersey 07101
        Telephone: (973) 639-1234
        Facsimile: (973) 639-7298

        Attorneys for Defendant
        Ernst & Young LLP