UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
MARC S. KIRSCHNER                                                :   Case No. 07 Civ. 8165 (GEL)
As Trustee of the Refco Private Actions Trust                    :
:
:   **MOTION FOR *PRO HAC***
:   ***VICE* ADMISSION OF**
                            Plaintiffs,                           :   **JOHN K. VILLA**
:
:
           v.                                                     :
:
PHILLIP R. BENNETT, SANTO C. MAGGIO,                             :
ROBERT C. TROSTEN, MAYER, BROWN,                                 :
ROWE & MAW, LLP, GRANT THORNTON                                  :
LLP, and ERNST & YOUNG U.S. LLP                                  :
:
                            Defendants.                           :
:
-----------------------------------------------------------------x

      Pursuant to Local Civil Rule 1.3(c), undersigned counsel respectfully moves for the admission *pro hac vice* of the following attorney in the above-captioned matter:

            John K. Villa, Esquire
            Williams & Connolly LLP
            725 Twelfth Street, N.W.
            Washington, D.C. 20005
            Tel. (202) 434-5000
            Fax. (202) 434-5029

      Mr. Villa is a member in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against Mr. Villa in state or federal court. This Motion is based on the accompanying Affidavit of Thomas G. Ward and Certificate of Good Standing from the District of Columbia Bar. A proposed Order is attached hereto.

- 2 -

Respectfully submitted,

By: _____
Thomas G. Ward (TW-6255)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax. (202) 434-5029

*Counsel for Defendant Mayer Brown LLP*

Dated: Washington, DC
         January 30, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MARC S. KIRSCHNER
As Trustee of the Refco Private Actions Trust

                                Plaintiffs,

                        v.

PHILLIP R. BENNETT, SANTO C. MAGGIO,
ROBERT C. TROSTEN, MAYER, BROWN,
ROWE & MAW, LLP, GRANT THORNTON
LLP, and ERNST & YOUNG U.S. LLP

                                Defendants.

------------------------------------------------------------x

Case No. 07 Civ. 8165 (GEL)

**AFFIDAVIT OF THOMAS G. WARD IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION OF JOHN K. VILLA**

I, THOMAS G. WARD, declare as follows:

1. I am an attorney with the law firm of Williams & Connolly LLP, attorneys for Defendant in the above-captioned matter, and a member in good standing of the bar of this Court since March 28, 2005. I submit this affidavit in support of the Motion for *Pro Hac Vice* Admission of John K. Villa in the above-captioned matter pursuant to Local Civil Rule 1.3(c).

2. I have known Mr. Villa since November 1998. Mr. Villa is an attorney of the highest ethical and moral character, competence and experience, and I am confident that he will conduct himself accordingly before this Court.

3. Mr. Villa is a member in good standing of the bar of the District of Columbia. In connection with this motion, I am submitting a Certificate of Good Standing issued by this bar. I am aware of no pending disciplinary proceedings against Mr. Villa in any state or federal court.

4.  For the foregoing reasons, I respectfully move the *pro hac vice* admission of John K. Villa in the above-captioned matter. For the Court's convenience, a proposed order granting this motion is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Washington, D.C. on January 30, 2008.

_____
Thomas G. Ward (TW-6255)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

*Counsel for Defendant Mayer Brown LLP*

## CERTIFICATE OF SERVICE

I, Thomas G. Ward, hereby certify that on this 30th day of January, 2008, I caused true and correct copies of the Motion for *Pro Hac Vice* Admission of John K. Villa and Affidavit of Thomas G. Ward in Support of Motion for *Pro Hac Vice* Admission of John K. Villa to be served via first class mail upon the following:

| | |
|---|---|
| Sascha N. Rand<br>QUINN EMANUEL URQUHART OLIVER<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>*Counsel to Plaintiff Marc S. Kirschner, As Trustee for the Refco Private Actions Trust* | John R. McCambridge<br>GRIPPO AND ELDEN LLC<br>& HEDGES LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>*Counsel to Plaintiff Trustee of the Refco Litigation Trust* |
| Bradley E. Lerman<br>David Emilio Mollon<br>Steven M. Schwartz<br>Catherine W. Joyce<br>Linda T. Coberly<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, Illinois 60601<br>*Counsel to Defendant Grant Thornton, LLP* | Anthony Mathias Candido<br>Joel Michael Cohen<br>Timothy Casey<br>CLIFFORD CHANCE US, LLP<br>West 52nd Street<br>New York, NY 10019<br>*Counsel to Defendant Mayer Brown International LLP* |
| Miles N. Ruthberg<br>Christopher R. Harris<br>Elizabeth Heering Hickey<br>LATHAM & WATKINS<br>885 Third Avenue<br>New York, New York 10022<br>*Counsel to Defendant Ernst & Young Us. LLP* | Scott E. Hershman<br>Stephen R. Blacklocks<br>Richard Soto<br>BELL & PESKIE LLP HUNTON & WILLIAMS LLP<br>200 Park Avenue<br>New York, NY 10166-0091<br>*Counsel to Defendant Santo C. Maggio* |
| Barbara Moses<br>Rachel Korenblat<br>MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHERER, P.C.<br>565 Fifth Avenue<br>New York, New York 10017<br>*Counsel to Defendant Robert C Trosten* | |

- 2 -

_____
Thomas G. Ward (TW-6255)

- 2 -



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

    John K. Villa

was on the 11th day of November, 1975 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

    In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 28, 2008.

    GARLAND PINKSTON, JR., CLERK

    By: /s/ *signature*
           Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                             :
MARC S. KIRSCHNER                                            :    Case No. 07 Civ. 8165 (GEL)
As Trustee of the Refco Private Actions Trust                :
                                                             :
                                                             :    **ORDER ADMITTING COUNSEL**
                                       Plaintiffs,           :    *PRO HAC VICE*
                                                             :
                                                             :
                                                             :
              v.                                             :
                                                             :
PHILLIP R. BENNETT, SANTO C. MAGGIO,                         :
ROBERT C. TROSTEN, MAYER, BROWN,                             :
ROWE & MAW, LLP, GRANT THORNTON                              :
LLP, and ERNST & YOUNG U.S. LLP                              :
                                                             :
                                       Defendants.           :
                                                             :
------------------------------------------------------------x

      This matter having been brought before the Court by motion pursuant to Local Civil Rule 1.3(c) for the admission *pro hac vice* of John K. Villa, Esquire, in the above-captioned matter, it is this ____ day of _____ 2008, hereby

      ORDERED that the motion is GRANTED, and

      IT IS FURTHER ORDERED THAT John K. Villa shall be admitted *pro hac vice* in the above-captioned matter. Counsel shall remit the required $25 fee to the Cashier's Office for this *pro hac vice* admission.

SO ORDERED.

Dated: New York, NY

        _____, 2008

                                                          The Honorable Gerard D. Lynch
                                                          United States District Judge