USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

MARC S. KIRSCHNER
As Trustee of the Refco Private Actions Trust

                           Plaintiffs,

                           v.

PHILLIP R. BENNETT, SANTO C. MAGGIO,
ROBERT C. TROSTEN, MAYER, BROWN,
ROWE & MAW, LLP, GRANT THORNTON
LLP, and ERNST & YOUNG U.S. LLP

                           Defendants.

----------------------------------------------------------x

Case No. 07 Civ. 8165 (GEL)

**ORDER ADMITTING COUNSEL**
***PRO HAC VICE***

       This matter having been brought before the Court by motion pursuant to Local Civil Rule 1.3(c) for the admission *pro hac vice* of Craig D. Singer, Esquire, in the above-captioned matter, it is this 5th day of February 2008, hereby

       ORDERED that the motion is GRANTED, and

       IT IS FURTHER ORDERED THAT Craig D. Singer shall be admitted *pro hac vice* in the above-captioned matter. Counsel shall remit the required $25 fee to the Cashier's Office for this *pro hac vice* admission.

SO ORDERED.

Dated: New York, NY

      _____February 5_____, 2008

                                        _____
                                        The Honorable Gerard E. Lynch
                                        United States District Judge