UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MARC S. KIRSCHNER : Case No. 07 Civ. 8165 (GEL)
As Trustee of the Refco Private Actions Trust :
:
: **ORDER ADMITTING COUNSEL**
Plaintiffs, : *PRO HAC VICE*
:
v. :
:
PHILLIP R. BENNETT, SANTO C. MAGGIO, :
ROBERT C. TROSTEN, MAYER, BROWN, :
ROWE & MAW, LLP, GRANT THORNTON :
LLP, and ERNST & YOUNG U.S. LLP :
:
Defendants. :
:
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/08

This matter having been brought before the Court by motion pursuant to Local Civil Rule 1.3(c) for the admission *pro hac vice* of John K. Villa, Esquire, in the above-captioned matter, it is this 5th day of February 2008, hereby

ORDERED that the motion is GRANTED, and

IT IS FURTHER ORDERED THAT John K. Villa shall be admitted *pro hac vice* in the above-captioned matter. Counsel shall remit the required $25 fee to the Cashier's Office for this *pro hac vice* admission.

SO ORDERED.

Dated: New York, NY

          _____February 5_____, 2008

                                            _____
                                            The Honorable Gerard E. Lynch
                                            United States District Judge