UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MARC S. KIRSCHNER                            :    Case No. 07 Civ. 8165 (GEL)
As Trustee of the Refco Private Actions Trust :
                                             :
                                             :    **ORDER ADMITTING COUNSEL**
            Plaintiffs,                      :    *PRO HAC VICE*
                                             :
                                             :
    v.                                       :
                                             :
PHILLIP R. BENNETT, SANTO C. MAGGIO,         :
ROBERT C. TROSTEN, MAYER, BROWN,             :
ROWE & MAW, LLP, GRANT THORNTON              :
LLP, and ERNST & YOUNG U.S. LLP              :
                                             :
            Defendants.                      :
                                             :
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08

This matter having been brought before the Court by motion pursuant to Local Civil Rule 1.3(c) for the admission *pro hac vice* of Michael S. Sundermeyer, Esquire, in the above-captioned matter, it is this ___ day of _____ 2008, hereby

ORDERED that the motion is GRANTED, and

IT IS FURTHER ORDERED THAT Michael S. Sundermeyer shall be admitted *pro hac vice* in the above-captioned matter. Counsel shall remit the required $25 fee to the Cashier's Office for this *pro hac vice* admission.

SO ORDERED.

Dated: New York, NY

_____Feb. 22_____, 2008

_____
The Honorable Gerard E. Lynch
United States District Judge