UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MARC S. KIRSCHNER
As Trustee of the Refco Private Actions Trust

                Plaintiffs,

v.

PHILLIP R. BENNETT, SANTO C. MAGGIO,
ROBERT C. TROSTEN, MAYER, BROWN,
ROWE & MAW, LLP, GRANT THORNTON
LLP, and ERNST & YOUNG U.S. LLP

                Defendants.

-----------------------------------------------------------------x

Case No. 07 Civ. 8165 (GEL)

**ORDER ADMITTING COUNSEL**
*PRO HAC VICE*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08

This matter having been brought before the Court by motion pursuant to Local Civil Rule 1.3(c) for the admission *pro hac vice* of Daniel P. Shanahan, Esquire, in the above-captioned matter, it is this ___ day of _____ 2008, hereby

    ORDERED that the motion is GRANTED, and

    IT IS FURTHER ORDERED THAT Daniel P. Shanahan shall be admitted *pro hac vice* in the above-captioned matter.  Counsel shall remit the required $25 fee to the Cashier's Office for this *pro hac vice* admission.

SO ORDERED.

Dated: New York, NY

    _Feb. 22_____, 2008

                                                      _____
                                                      The Honorable Gerard E. Lynch
                                                      United States District Judge