UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC S. KIRSCHNER,<br>As Trustee of the Refco Private Actions Trust,<br><br>                Plaintiff,<br><br>v.<br><br>PHILLIP R. BENNETT, SANTO C. MAGGIO, ROBERT C. TROSTEN, MAYER, BROWN, ROWE & MAW LLP, GRANT THORNTON LLP, and ERNST & YOUNG US LLP,<br><br>                Defendants. | Case No. 07-cv-08165 (GEL)<br><br>**NOTICE OF APPEARANCE** |

Please take notice that Anthony M. Candido of Clifford Chance US LLP, with offices located at 31 West 52nd Street, New York, New York 10019, hereby appears in the above-captioned action on behalf of Mayer Brown International LLP.

I hereby certify that I am admitted to practice before this Court.

                                        Respectfully submitted,

                                        Anthony M. Candido (AC-9458)
                                        CLIFFORD CHANCE US LLP
                                        31 West 52nd Street
                                        New York, New York 10019
                                        Tel.: 212-878-8000
                                        Fax: 212-878-8375

                                        *Attorneys for the*
                                        *UK Limited Liability Partnership*
                                        *Mayer Brown International LLP*

Dated: New York, NY
        March 11, 2008