UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARC S. KIRSCHNER,
as Trustee of the Refco Private Actions Trust,

                  Plaintiff,

- against -

PHILLIP R. BENNETT et al.,

                  Defendants.

No. 07 Civ. 8165 (GEL)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that James Darrow of Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C., with offices located at 565 Fifth Avenue, New York, New York 10017, hereby appears on behalf of Robert Trosten and requests that all papers in the above-captioned action be served upon the undersigned at the email address stated below.

I certify that I am admitted to practice before this Court.

Dated: April 7, 2008
       New York, New York

                                MORVILLO, ABRAMOWITZ, GRAND,
                                  IASON, ANELLO & BOHRER, P.C.

                                        /s/ James Darrow
                                   James Darrow (JD-9506)

                              565 Fifth Avenue
                              New York, New York 10017
                              (212) 856-9600 (Phone)
                              (212) 856-9494 (Fax)
                              Email: jdarrow@maglaw.com

                              *Attorneys for Defendant Robert Trosten*