USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/08

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| IN RE: REFCO INC. SECURITIES LITIGATION | MDL-1902 (GEL) | |
|---|---|---|
| MARC S. KIRSCHNER, As Trustee of the Refco Private Actions Trust, Plaintiff, - vs. - PHILLIP R. BENNETT, SANTO C. MAGGIO, ROBERT C. TROSTEN, MAYER, BROWN, ROWE & MAW, LLP, GRANT THORNTON LLP, and ERNST & YOUNG U.S. LLP, Defendants. | Case No. 07 CV 08165 Judge Gerard E. Lynch Magistrate Judge Debra Freeman | |

## [~~PROPOSED~~] ORDER

Defendant Ernst & Young LLP is hereby ordered to produce documents pursuant to the terms of the Deposition Protocol Order to any party to the Deposition Protocol Order.

IT IS SO ORDERED.

Dated ___May 6___, 2008

_Gerard E. Lynch_

Judge Gerard Lynch
United States District Judge

DC\1097147.1