IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: REFCO INC. SECURITIES LITIGATION | MDL-1902 |
| MARC S. KIRSCHNER, as Trustee of the Refco Private Actions Trust,<br><br>      Plaintiff,<br><br>   -vs-<br><br>PHILLIP R. BENNETT, SANTO C. MAGGIO, ROBERT C. TROSTEN, MAYER, BROWN, ROWE & MAW, LLP, GRANT THORNTON LLP, and ERNST & YOUNG U.S. LLP,<br><br>      Defendants. | Case No. 07 CV 8165 (GEL)<br><br>ECF Filed |

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Rebecca Trent of Quinn Emanuel Urquhart Oliver & Hedges, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of plaintiff Marc S. Kirschner in his capacity as trustee of the Refco Private Actions Trust (the "Trustee") in the above-captioned matter.

      I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
   May 12, 2008

                By: /s/ Rebecca Trent
                  Rebecca Trent
                  Quinn Emanuel Urquhart Oliver &
                  Hedges LLP
                  51 Madison Avenue, 22nd Floor
                  New York, New York  10010
                  Tel: (212) 849–7000
                  Fax: (212) 849–7100
                  Email: *beckytrent@quinnemanuel.com*

                  *Attorney for Plaintiff Marc S. Kirschner*
                  *as Trustee of the Refco Private Actions Trust*