IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: REFCO INC. SECURITIES LITIGATION | MDL-1902 |

| | |
|---|---|
| MARC S. KIRSCHNER, as Trustee of the Refco Private Actions Trust,<br><br>      Plaintiff,<br><br>  -vs-<br><br>PHILLIP R. BENNETT, SANTO C. MAGGIO, ROBERT C. TROSTEN, MAYER, BROWN, ROWE & MAW, LLP, GRANT THORNTON LLP, and ERNST & YOUNG U.S. LLP,<br><br>      Defendants. | Case No. 07 CV 8165 (GEL)<br><br>ECF Filed |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Nicholas Calamari of Quinn Emanuel Urquhart Oliver & Hedges, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of plaintiff Marc S. Kirschner in his capacity as trustee of the Refco Private Actions Trust (the "Trustee") in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

60994/2501488.1

Dated: New York, New York
       May 12, 2008

                                        By:  /s/ Nicholas Calamari
                                            Nicholas Calamari
                                            Quinn Emanuel Urquhart Oliver &
                                            Hedges LLP
                                            51 Madison Avenue, 22nd Floor
                                            New York, New York  10010
                                            Tel:    (212) 849–7000
                                            Fax:    (212) 849–7100
                                            Email: *nicholascalamari@quinnemanuel.com*

                                            *Attorney for Plaintiff Marc S. Kirschner*
                                            *as Trustee of the Refco Private Actions Trust*