IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: REFCO INC. SECURITIES LITIGATION | MDL-1902 |
| MARC S. KIRSCHNER, as Trustee of the Refco Private Actions Trust,<br><br>      Plaintiff,<br><br>  -vs-<br><br>PHILLIP R. BENNETT, SANTO C. MAGGIO, ROBERT C. TROSTEN, MAYER, BROWN, ROWE & MAW, LLP, GRANT THORNTON LLP, and ERNST & YOUNG U.S. LLP,<br><br>      Defendants. | Case No. 07 CV 8165 (GEL)<br><br>ECF Filed |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sarah Rubin of Quinn Emanuel Urquhart Oliver & Hedges, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of plaintiff Marc S. Kirschner in his capacity as trustee of the Refco Private Actions Trust (the "Trustee") in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
      May 12, 2008

                By: /s/ Sarah Rubin
                Sarah Rubin
                Quinn Emanuel Urquhart Oliver & Hedges LLP
                51 Madison Avenue, 22nd Floor
                New York, New York  10010
                Tel:   (212) 849–7000
                Fax:   (212) 849–7100
                Email: *sarahrubin@quinnemanuel.com*

                *Attorney for Plaintiff Marc S. Kirschner*
                *as Trustee of the Refco Private Actions Trust*