**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: REFCO INC. SECURITIES LITIGATION | MDL-1902 |

| | |
|---|---|
| MARC S. KIRSCHNER, as Trustee of the Refco Private Actions Trust,<br><br>　　　　Plaintiff,<br><br>　-vs-<br><br>PHILLIP R. BENNETT, SANTO C. MAGGIO, ROBERT C. TROSTEN, MAYER, BROWN, ROWE & MAW, LLP, GRANT THORNTON LLP, and ERNST & YOUNG U.S. LLP,<br><br>　　　　Defendants. | Case No. 07 CV 8165 (GEL)<br><br><br><br>ECF Filed |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Rex Lee of Quinn Emanuel Urquhart Oliver & Hedges, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of plaintiff Marc S. Kirschner in his capacity as trustee of the Refco Private Actions Trust (the "Trustee") in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

60994/2501480.1

Dated: New York, New York
      May 12, 2008

By:  /s/ Rex Lee
    Rex Lee
    Quinn Emanuel Urquhart Oliver &
    Hedges LLP
    51 Madison Avenue, 22nd Floor
    New York, New York  10010
    Tel:   (212) 849–7000
    Fax:   (212) 849–7100
    Email: *rexlee@quinnemanuel.com*

    *Attorney for Plaintiff Marc S. Kirschner*
    *as Trustee of the Refco Private Actions Trust*

60994/2501480.1