```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MARC S. KIRSCHNER,
as Trustee of the Refco Private Actions Trust,

       Plaintiff,

  v.

PHILLIP R. BENNETT, SANTO C. MAGGIO,
ROBERT C. TROSTEN, MAYER, BROWN,
ROWE & MAW, LLP, GRANT THORNTON
LLP, and ERNST & YOUNG U.S. LLP,

       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ. 8165 (GEL)

**STIPULATION AND ORDER**

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties to the Action, as follows:

    1.  Defendants' time to file their respective responses to Plaintiff's Complaint is extended from May 27, 2008 to June 6, 2008.

    2.  Plaintiff's time to file its opposition papers, if any, is extended from August 25, 2008 to September 15, 2008.

    3.  Defendants' time to file their respective reply papers, if any, is extended from September 24, 2008 to October 15, 2008, or until thirty (30) days after Plaintiff's opposition is filed in the event Plaintiff files its opposition prior to September 15, 2008.

    4.  This stipulation may be executed in two or more counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same agreement, and a facsimile, which shall have the same force and effect as an original signature, may be filed in place and instead of the original.

5.  No previous requests for the relief sought herein have been made.

Dated: May 16, 2008
       New York, New York

WINSTON & STRAWN LLP

By: _____
David E. Mollon (dmollon@winston.com)
200 Park Avenue
New York, New York 10166
Tel: (212) 294-6700
Fax: (212) 294-4700

Bradley E. Lerman
Catherine W. Joyce
Linda T. Coberly
35 W. Wacker Drive
Chicago, Illinois 60601
Tel: (312) 558-5600
Fax: (312) 558-5700

*Attorneys for Defendant
Grant Thornton LLP*

QUINN EMANUEL URQHART OLIVER & HEDGES, LLP

By: _____
Richard I. Werder, Jr.
Michael B. Carlinsky
Susheel Kirpalani
Sascha N. Rand (sascharand@quinnemanuel.com)
Robert C. Juman
Rebecca J. Trent
51 Madison Avenue
22nd Floor
New York, NY 10010-1601
Tel: (212) 849-7000

*Attorneys for Plaintiff Marc S. Kirschner, as Trustee of the Refco Litigation Trust*

WILLIAMS & CONNOLLY LLP

By: _____
John K. Villa
Michael S. Sundermeyer
Craig D. Singer
Thomas G. Ward (tward@wc.com)
Daniel P. Shanahan
725 12th Street, N.W.
Washington, D.C. 20005

*Attorneys for Defendant*
*Mayer Brown LLP*

CLIFFORD CHANCE US LLP

By: *Anthony Candido w/p J P.*
Joel M. Cohen
Anthony M. Candido
(anthony.candido@cliffordchance.com)
31 West 52nd Street
New York, NY 10019

*Attorneys for the*
*UK Limited Liability Partnership*
*Mayer Brown International LLP*

LATHAM & WATKINS

By: _____
    Christopher R. Harris
    (christopher.harris@lw.com)
    Miles N. Ruthberg
    Kevin Metz
    885 Third Avenue
    New York, NY 10022

*Attorneys for Defendant*
*Ernst & Young U.S. LLP*

LATHAM & WATKINS

By: _____
Christopher R. Harris
(christopher.harris@lw.com)
Miles N. Ruthberg
Kevin Metz
885 Third Avenue
New York, NY 10022

*Attorneys for Defendant*
*Ernst & Young U.S. LLP*

MORVILLO, ABRAMOWITZ, GRAND,
IASON, ANELLO & BOHRER, P.C.

By: _____
Barbara Moses (bmoses@maglaw.com)
James S. Darrow
Rachel M. Korenblat
565 Fifth Avenue
New York, NY  10017

*Attorneys for Defendant*
*Robert C. Trosten*

GOLENBOCK EISEMAN ASSOR BELL &
PESKOE LLP

By: _____
Jeffrey T. Golenbock
Adam C. Silverstein
(asilverstein@golenbock.com)
437 Madison Avenue, 35th Floor
New York, NY  10022-7302

*Attorneys for Defendant*
*Phillip R. Bennett*

HUNTON & WILLIAMS LLP

By: _____

Scott E. Hershman
(shershman@hunton.com)
Stephen R. Blacklocks
Richard Soto
200 Park Avenue
New York, NY 10166

*Attorneys for Defendant
Santo C. Maggio*

SO ORDERED.

_____
Hon. Gerard E. Lynch
United States District Judge

5/27/08

-8-

NY:1179598.1