UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: REFCO INC. SECURITIES LITIGATION | MDL-1902 (GEL) |
| | Case No. 07-CV-8165 (GEL) |
| MARC S. KIRSCHNER, As Trustee of the Private Actions Trust, | Judge Gerard E. Lynch |
| Plaintiff, | ECF FILED |
| vs. | **DECLARATION OF CHRISTOPHER HARRIS IN SUPPORT OF DEFENDANT ERNST & YOUNG LLP's MOTION TO DISMISS** |
| PHILLIP R. BENNETT, SANTO C. MAGGIO, ROBERT C. TROSTEN, MAYER, BROWN, ROWE & MAW LLP, GRANT THORNTON LLP, and ERNST & YOUNG LLP, | |
| Defendants. | |

**DECLARATION OF CHRISTOPHER HARRIS IN SUPPORT OF DEFENDANT
ERNST & YOUNG LLP'S MOTION TO DISMISS**

I, Christopher Harris hereby declare under penalty of perjury as follows:

1.  I am a member of the law firm of Latham & Watkins LLP, attorneys for defendant Ernst & Young LLP ("EY") in the above-captioned matter. I respectfully submit this Declaration in support of defendant EY's Motion to Dismiss.

2.  Attached hereto as Exhibit A is a true and correct copy of excerpts of the Examiner's Final Report, In re Refco, Inc., Case No. 05-60006 (RDD), entered July 11, 2007.

3.  Attached hereto as Exhibit B is a true and correct copy of excerpts of the Financial Accounting Standards Board, Statement No. 109, Accounting for Income Taxes (1992).

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, NY                           Respectfully submitted,
         June 6, 2008

**LATHAM & WATKINS LLP**

By:     /s/  Christopher R. Harris
        Christopher Harris
        885 Third Avenue
        New York, New York 10022-4834
        Telephone: (212) 906-1200

        *Attorneys for Defendant*
        *Ernst & Young LLP*