IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: REFCO INC. SECURITIES LITIGATION | MDL-1902 (GEL) |
| MARC S. KIRSCHNER,<br>As Trustee of the Private Actions Trust,<br><br>Plaintiff,<br><br>vs.<br><br>PHILLIP R. BENNETT, SANTO C. MAGGIO, ROBERT C. TROSTEN, MAYER, BROWN, ROWE & MAW LLP, GRANT THORNTON LLP, and ERNST & YOUNG LLP,<br><br>Defendants. | Case No. 07 Civ. 8165 (GEL)<br><br>Judge Gerard E. Lynch<br><br>ECF FILED<br><br>**RULE 7.1 STATEMENT OF ERNST & YOUNG LLP** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Ernst & Young LLP ("EY") (a private non-governmental party) represents that EY has no publicly held affiliates.

Dated: June 6, 2008                    Respectfully submitted,

**LATHAM & WATKINS LLP**

By:    /s/ Christopher R. Harris
       Miles N. Ruthberg
       Christopher Harris
       885 Third Avenue
       New York, New York 10022-4834
       Telephone: (212) 906-1200

       *Attorneys for Defendant*
       *Ernst & Young LLP*