UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: REFCO INC. SECURITIES LITIGATION | MDL-1902 (GEL) |
| MARC S. KIRSCHNER, As Trustee of the Private Actions Trust, Plaintiff, vs. PHILLIP R. BENNETT, SANTO C. MAGGIO, ROBERT C. TROSTEN, MAYER, BROWN, ROWE & MAW LLP, GRANT THORNTON LLP, and ERNST & YOUNG LLP, Defendants. | Case No. 07-CV-8165 (GEL) Judge Gerard E. Lynch ECF FILED |

## ERNST & YOUNG LLP'S CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2008, Ernst & Young LLP's Notice of Motion to Dismiss by Defendant Ernst & Young LLP Pursuant to Federal Rules 9(b) and 12(b)(6), Memorandum of Law in Support of Defendant Ernst & Young LLP's Motion to Dismiss, Declaration of Christopher Harris in Support of Motion of Defendant Ernst & Young LLP's Motion to Dismiss, and Rule 7.1 Statement of Ernst & Young LLP were served on all parties registered with the Court's ECF system, under docket numbers 07-MD-1902 (GEL) and 07-CV-8165 (GEL). On the same date, copies of these documents were served by first class mail upon the annexed Manual Service List.

/s/ Christopher R. Harris
Christopher Harris
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022-4834
Telephone: (212) 906-1200

*Attorneys for Defendant
Ernst & Young LLP*

cc:   **ECF Service List for 07-CIV-08165 and 07-MD-1902.**

Manual Service List

**Daniel P. Shanahan**
**Craig D. Singer**
**Michael S. Sundermeyer**
**John K. Villa**
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

**American Financial International Group – Asia, LLC**
Squitieri & Fearon LLP
32 East 57th Street
12th Floor
New York, NY 10022

**James C. Joslin**
**Micah E. Marcus**
Kirkland & Ellis (IL)
200 East Randolph Drive
Chicago, IL 60601

**Catherine W. Joyce**
Winston Strawn, LLP
35 West Wacker Drive
Chicago, IL 60601

**Shelley Thompson**
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005