**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
                                        :

MARC S. KIRSCHNER,
As Trustee of the Refco Private Actions Trust  :  ELECTRONICALLY FILED

  :  07 Civ. 8165 (GEL)

            Plaintiff,  :  Hon. Gerard E. Lynch

          -v-  :

  :  **NOTICE OF MOTION**

PHILLIP R. BENNETT, SANTO C. MAGGIO,
ROBERT C. TROSTEN, MAYER, BROWN,
ROWE & MAW, LLP, GRANT THORNTON
LLP, and ERNST & YOUNG U.S. LLP,

            Defendants.
------------------------------------- x

      **PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law In Support of Grant Thornton LLP's Motion to Dismiss the Complaint, upon the accompanying Declaration of Ruth A. Braun dated June 6, 2008, and upon all prior pleadings and proceedings herein, the undersigned will move this Court before the Honorable Gerard E. Lynch, United States District Judge, in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 6B, New York, New York 10007, at a date and time to be set by the Court, for an order dismissing the Complaint with prejudice, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b).

NY:1183696.1

Dated: June 6, 2008  
      New York, New York

*Of Counsel:*

Margaret Maxwell Zagel  
Tracy W. Berry  
Kenneth Cunningham  
GRANT THORNTON LLP  
175 West Jackson, 20th Floor  
Chicago, Illinois 60604  
Ph: 312-856-0001  
Fax: 312-565-3473

Respectfully submitted,

WINSTON & STRAWN LLP

      /s/  
By: David E. Mollón

David E. Mollón (dmollon@winston.com)  
WINSTON & STRAWN LLP  
200 Park Avenue  
Ph: 212-294-6700  
Fax: 212-294-4700

Bradley E. Lerman (blerman@winston.com)  
Catherine W. Joyce (cjoyce@winston.com)  
Linda T. Coberly (lcoberly@winston.com)  
WINSTON & STRAWN LLP  
35 W. Wacker Drive  
Chicago, Illinois 60601  
Ph: 312-558-5600  
Fax: 312-558-5700

*Attorneys for Grant Thornton LLP*

NY:1183696.1