**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
:
MARC S. KIRSCHNER,                                     :   ELECTRONICALLY FILED
As Trustee of the Refco Private Actions Trust          :   07 Civ. 8165 (GEL)
:
              Plaintiff,                               :   Hon. Gerard E. Lynch
:
       -v-                                             :
:   **DECLARATION OF**
PHILLIP R. BENNETT, SANTO C. MAGGIO,                   :   **RUTH A. BRAUN**
ROBERT C. TROSTEN, MAYER, BROWN,                       :   **IN SUPPORT OF**
ROWE & MAW, LLP, GRANT THORNTON                        :   **GRANT THORNTON LLP'S**
LLP, and ERNST & YOUNG U.S. LLP,                       :   **MOTION TO DISMISS**
:   **THE COMPLAINT**
              Defendants.                              :
:
------------------------------------- x

  Ruth A. Braun, under penalty of perjury, hereby declares as follows:

  1. I am an attorney at Winston & Strawn LLP, attorneys for Grant Thornton LLP ("Grant Thornton") in the above-captioned action, and am admitted to practice before the courts of the State of New York and the United States District Court for the Southern District of New York. I submit this declaration in support of Grant Thornton's Motion To Dismiss the Complaint.

  2. Attached hereto as Exhibit A is a true and correct copy of this Court's September 13, 2007 Opinion and Order dismissing the complaint in *In re Refco Capital Markets, Ltd. Brokerage Customer Sec. Litig.*, No. 06 Civ. 643 (S.D.N.Y. Sept. 13, 2007).

  3. Attached hereto as Exhibit B is a true and correct copy of the transcript of Phillip R. Bennett's Plea Colloquy in *United States v. Bennett*, 05 Cr. 1192 (S.D.N.Y. Feb. 15, 2008).

4. Attached hereto as Exhibit C is a true and correct copy of the transcript of Robert C. Trosten's Plea Colloquy in *United States v. Trosten*, 05 Cr. 1192 (S.D.N.Y. Feb. 20, 2008).

5. Attached hereto as Exhibit D is a true and correct copy of the transcript of Santo C. Maggio's Plea Colloquy in *United States v. Maggio*, 07 Cr. 1196 (S.D.N.Y. Dec. 19, 2007).

6. Attached hereto as Exhibit E is a true and correct copy of the Third Superseding Indictment against Phillip R. Bennett, Robert C. Trosten and Tone N. Grant (*United States v. Bennett*, 05 Cr. 1192 (S.D.N.Y.)).

7. Attached hereto as Exhibit F is a true and correct copy of the April 17, 2008 transcript from Tone Grant's criminal trial in *United States v. Grant*, 05 Cr. 1192 (S.D.N.Y.).

8. Attached hereto as Exhibit G is a true and correct copy of the judgment entered by Judge Drain in *Kirschner v. Bencorp Casa de Bolsa, C.A. (In re Refco, Inc.)*, Adv. Proc. No. 06-01745 (RDD) (Bankr. S.D.N.Y. Dec. 29, 2006).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 6, 2008

                                                      /s/
                                        Ruth A. Braun