**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| MARC S. KIRSCHNER, | ELECTRONICALLY FILED |
| As Trustee of the Refco Private Actions Trust | 07 Civ. 8165 (GEL) |
| Plaintiff, | Hon. Gerard E. Lynch |
| -v- | **CERTIFICATE OF SERVICE** |
| PHILLIP R. BENNETT, SANTO C. MAGGIO, ROBERT C. TROSTEN, MAYER, BROWN, ROWE & MAW, LLP, GRANT THORNTON LLP, and ERNST & YOUNG U.S. LLP, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

I hereby affirm under penalties of perjury the following:

1.    I am an attorney with the firm of Winston & Strawn LLP, 200 Park Avenue, New

York, New York, counsel of record for Defendant Grant Thornton LLP.

2.    On June 6, 2008, Grant Thornton LLP's Notice of Motion To Dismiss the

Complaint, Memorandum of Law in Support of its Motion to Dismiss and accompanying

Declaration of Ruth A. Braun and its exhibits were served via electronic filing in the Southern

District of New York's CM/ECF system to all parties and via U.S. Postal Service to the following:

> Daniel P. Shanahan
> Craig D. Singer
> Michael S. Sundermeyer
> John K. Villa
> Williams & Connolly, LLP
> 725 Twelfth Street, N.W.
> Washington, D.C. 20005
>
> *Counsel for defendant Mayer Brown LLP*

Dated: June 6, 2008
    New York, New York

_____
Ruth A. Braun