UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARC S. KIRSCHNER,
As Trustee of the Refco Private Actions Trust,

        Plaintiff,

v.

PHILLIP R. BENNETT, SANTO C. MAGGIO, ROBERT C. TROSTEN, MAYER, BROWN, ROWE & MAW LLP, GRANT THORNTON LLP, and ERNST & YOUNG US LLP,

        Defendants.

07 Civ. 08165 (GEL)

**Electronically Filed**

## NOTICE OF THE UK LIMITED LIABILITY PARTNERSHIP MAYER BROWN INTERNATIONAL LLP'S MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the Complaint in this action, the accompanying Memorandum of Law in Support of the Motion and all other pleadings and proceedings herein, the UK limited liability partnership Mayer Brown International LLP, by its attorneys, Clifford Chance US LLP, will move this Court, before the Honorable Gerard E. Lynch, at the United States Courthouse, Courtroom 6B, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined, for an Order dismissing the Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) and granting such other and further relief as this Court may deem just and proper.

NYA894190.1

Dated: New York, New York
       June 6, 2008

*Anthony M. Candido w/ijc*
_____
Joel M. Cohen (JC-9162)
Anthony M. Candido (AC-9458)
Timothy Casey (TC-3857)
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Tel: (212) 878-8000
Fax: (212) 878-8375

*Attorneys for the*
*UK Limited Liability Partnership*
*Mayer Brown International LLP*

NYA894190.1