USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
MARC S. KIRSCHNER,
as Trustee of the Refco Private Actions Trust,

              Plaintiff,

v.

PHILLIP R. BENNETT, SANTO C. MAGGIO,
ROBERT C. TROSTEN, MAYER, BROWN,
ROWE & MAW LLP, GRANT THORNTON LLP,
and ERNST & YOUNG US LLP,

              Defendants.
-------------------------------------------------------x

Case No. 07-cv-08165 (GEL)

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties that:

Defendant Mayer Brown LLP shall be permitted to file a memorandum of law of up to forty (40) pages in support of its motion to dismiss the Complaint.

Dated: New York, New York
       June 3, 2008

By: _____
Richard I. Werder, Jr. (RW-5601)
Sascha N. Rand (SR-7275)
QUINN EMMANUEL URQUHART
OLIVER & HEDGES, LLP
51 Madison Ave, 22nd Floor
New York, New York 10010
Tel: (212) 849-7000

*Attorneys for Marc S. Kirschner,
as Trustee of the Refco Private Actions Trust*

By: _____
John K. Villa (admitted *pro hac vice*)
Michael S. Sundermeyer (admitted *pro hac vice*)
Craig D. Singer (admitted *pro hac vice*)
Thomas G. Ward (TW-6255)
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, D.C. 20005
Tel.: (202) 434-5000

*Attorneys for Defendant Mayer Brown LLP*

SO ORDERED.

Dated: New York, NY

      June 9    , 2008

*Gerard E. Lynch*
The Honorable Gerard E. Lynch
United States District Judge