UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARC S. KIRSCHNER, as Trustee of the
Refco Private Actions Trust,

               Plaintiff,

- against -

PHILLIP R. BENNETT, et al.,

               Defendants.

No. 07 Civ. 8165 (GEL)

### NOTICE OF WITHDRAWAL OF ATTORNEY

PLEASE TAKE NOTICE that James Spiegel Darrow is hereby withdrawn as counsel of record in this matter.

DATED: August 22, 2008

               MORVILLO, ABRAMOWITZ, GRAND,
                IASON, ANELLO & BOHRER, P.C.

               By: /s/ Rachel Korenblat
                    Rachel Korenblat (RK-0170)

               565 Fifth Avenue
               New York, NY 10017
               (212) 856-9600 – Main
               (212) 856-9494 – Fax

               *Attorneys for Defendant Robert C. Trosten*