

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: REFCO INC. SECURITIES LITIGATION | MDL-1902 |

```
MARC S. KIRSCHNER,                        )
as Trustee of the Refco Private Actions Trust,  )
                                          )
              Plaintiff,                  )
                                          )      Case No. 07 CV 8165 (GEL)
         -vs-                             )
                                          )      STIPULATION AND ORDER
PHILLIP R. BENNETT, SANTO C.              )
MAGGIO, ROBERT C. TROSTEN, MAYER,         )
BROWN, ROWE & MAW, LLP, GRANT             )
THORNTON LLP, and ERNST & YOUNG           )
U.S. LLP,                                 )
                                          )
              Defendants.                 )
                                          )
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties to the Action, as follows:

1. Plaintiff's time to file its opposition papers to Defendants' motions to dismiss is extended from September 15, 2008 to September 19, 2008.

2. Defendants' time to file their respective reply papers is extended from October 15, 2008 to October 22, 2008.

3. This stipulation may be executed in two or more counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same agreement, and a facsimile, which shall have the same force and effect as an original signature, may be filed in place and instead of the original.

4.  One previous request for the relief sought herein has been made. The Court granted this request on May 28, 2008.

Dated: August 20, 2008
       New York, New York

WINSTON & STRAWN LLP

By: _____
    David E. Mollon
    200 Park Avenue
    New York, New York 10166
    Tel: (212) 294-6700
    Email: *dmollon@winston.com*

    Bradley E. Lerman
    Catherine W. Joyce
    Linda T. Coberly
    35 W. Wacker Drive
    Chicago, IL 60601
    Tel: (312) 558-5600

*Attorneys for Defendant Grant Thornton LLP*

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

By: _____
    Richard I. Werder, Jr.
    Sascha N. Rand
    Rebecca J. Trent

    51 Madison Avenue, 22nd Floor
    New York, New York 10010
    Tel: (212) 849-7000
    Email: *rickwerder@quinnemanuel.com*
           *sascharand@quinnemanuel.com*
           *beckytrent@quinnemanuel.com*

*Attorneys for Plaintiff Marc S. Kirschner as Trustee of the Refco Private Actions Trust*

WILLIAMS & CONNOLLY LLP

By: _____
    John K. Villa
    Michael S. Sundermeyer
    Craig D. Singer
    Thomas G. Ward
    Daniel P. Shanahan

    725 12th St., N.W.
    Washington, D.C. 20005
    Tel: (202) 434 5000
    Email: *tward@wc.com*

*Attorneys for Defendant Mayer Brown LLP*

CLIFFORD CHANCE US LLP

By: _____
    Joel M. Cohen
    Anthony M. Candido

    31 West 52nd St.
    New York, NY 10019
    Tel: (212) 878 8000
    Email: *anthony.candido@cliffordchance.com*

*Attorneys for Defendant Mayer Brown International LLP*

2

4. One previous request for the relief sought herein has been made. The Court granted this request on May 28, 2008.

Dated: August 20, 2008
New York, New York

| WINSTON & STRAWN LLP | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
|---|---|
| By: _____<br>David E. Mollon<br>200 Park Avenue<br>New York, New York 10166<br>Tel: (212) 294-6700<br>Email: *dmollon@winston.com*<br><br>Bradley E. Lerman<br>Catherine W. Joyce<br>Linda T. Coberly<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>Tel: (312) 558-5600 | By: /s/ Richard I. Werder, Jr.<br>Richard I. Werder, Jr.<br>Sascha N. Rand<br>Rebecca J. Trent<br><br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Tel: (212) 849–7000<br>Email: *rickwerder@quinnemanuel.com*<br>　　　　*sascharand@quinnemanuel.com*<br>　　　　*beckytrent@quinnemanuel.com* |
| *Attorneys for Defendant Grant Thornton LLP* | *Attorneys for Plaintiff Marc S. Kirschner as Trustee of the Refco Private Actions Trust* |

| WILLIAMS & CONNOLLY LLP | CLIFFORD CHANCE US LLP |
|---|---|
| By: /s/ Thomas M. Ward by permission JSW<br>John K. Villa<br>Michael S. Sundermeyer<br>Craig D. Singer<br>Thomas G. Ward<br>Daniel P. Shanahan<br><br>725 12th St., N.W.<br>Washington, D.C. 20005<br>Tel: (202) 434 5000<br>Email: *tward@wc.com* | By: _____<br>Joel M. Cohen<br>Anthony M. Candido<br><br>31 West 52nd St.<br>New York, NY 10019<br>Tel: (212) 878 8000<br>Email: *anthony.candido@cliffordchance.com* |
| *Attorneys for Defendant Mayer Brown LLP* | *Attorneys for Defendant Mayer Brown International LLP* |

2

4.  One previous request for the relief sought herein has been made. The Court granted this request on May 28, 2008.

Dated: August 20, 2008
       New York, New York

<table>
<tr><td>

**WINSTON & STRAWN LLP**

By: _____
    David E. Mollon
    200 Park Avenue
    New York, New York 10166
    Tel: (212) 294-6700
    Email: *dmollon@winston.com*

    Bradley E. Lerman
    Catherine W. Joyce
    Linda T. Coberly
    35 W. Wacker Drive
    Chicago, IL 60601
    Tel: (312) 558-5600

*Attorneys for Defendant Grant Thornton LLP*

</td><td>

**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**

By: /s/ Richard I. Werder, Jr.
    Richard I. Werder, Jr.
    Sascha N. Rand
    Rebecca J. Trent

    51 Madison Avenue, 22nd Floor
    New York, New York 10010
    Tel: (212) 849-7000
    Email: *rickwerder@quinnemanuel.com*
            *sascharand@quinnemanuel.com*
            *beckytrent@quinnemanuel.com*

*Attorneys for Plaintiff Marc S. Kirschner as Trustee of the Refco Private Actions Trust*

</td></tr>
<tr><td>

**WILLIAMS & CONNOLLY LLP**

By: _____
    John K. Villa
    Michael S. Sundermeyer
    Craig D. Singer
    Thomas G. Ward
    Daniel P. Shanahan

    725 12th St., N.W.
    Washington, D.C. 20005
    Tel: (202) 434 5000
    Email: *tward@wc.com*

*Attorneys for Defendant Mayer Brown LLP*

</td><td>

**CLIFFORD CHANCE US LLP**

By: /s/ Joel M. Cohen
    Joel M. Cohen
    Anthony M. Candido

    31 West 52nd St.
    New York, NY 10019
    Tel: (212) 878 8000
    Email: *anthony.candido@cliffordchance.com*

*Attorneys for Defendant Mayer Brown International LLP*

</td></tr>
</table>

2

**LATHAM & WATKINS**

By: _____
Christopher R. Harris
Miles N. Ruthberg
Kevin Metz

885 Third Avenue
New York, NY 10022
Tel: (212) 906 1200
Email: *christopher.harris@lw.com*

*Attorneys for Defendant Ernst & Young U.S. LLP*


SO ORDERED.

_____
Hon. Gerard E. Lynch
United States District Judge

3