UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MARC S. KIRSCHNER, as Trustee of the Refco Private Actions Trust,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　- against -<br><br>PHILLIP R. BENNETT, et al.,<br><br>　　　　　　　　　　Defendants. | No. 07 Civ. 8165 (GEL) |

## NOTICE OF WITHDRAWAL OF ATTORNEY

PLEASE TAKE NOTICE that James Spiegel Darrow is hereby withdrawn as counsel of

record in this matter.

DATED:  August 22, 2008

> MORVILLO, ABRAMOWITZ, GRAND,
> IASON, ANELLO & BOHRER, P.C.
>
>
> By:  _____/s/ Rachel Korenblat_____
> 　　　　　Rachel Korenblat  (RK-0170)
>
> 565 Fifth Avenue
> New York, NY 10017
> (212) 856-9600 – Main
> (212) 856-9494 – Fax
>
> *Attorneys for Defendant Robert C. Trosten*