UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
In re REFCO INC. SECURITIES LITIGATION    :   Case No. 07-md-1902 (JSR)
                                                             :   (Applies to all cases)
------------------------------------------------------------ X

## CASE MANAGEMENT ORDER # 110

The Court directs the Case Accountant, Ball Baker Leake LLP, to make a final accounting of the funds set aside for expenses in these multidistrict litigation proceedings and disburse all remaining funds. Half of such funds shall be delivered to Plaintiffs' liaison counsel and the other half to Defendants' liaison counsel at their respective addresses listed here.

| **Plaintiffs' Liaison Counsel:** | **Defendants' Liaison Counsel:** |
| --- | --- |
| Brown Rudnick LLP | Winston & Strawn LLP |
| c/o David J. Molton | c/o Luke A. Connelly |
| Seven Times Square | 200 Park Avenue |
| New York, New York 10036 | New York, New York 10166 |

The Case Accountant is directed to close the account after disbursing the funds. The Court thanks the Case Accountant for its service in this matter.

The Court directs liaison counsel to distribute the funds equitably among their respective constituents. The Court will retain jurisdiction over these matters for thirty days after the date of this order for the sole purpose of resolving any disputes that may arise concerning the allocation of funds.

SO ORDERED this 16th day of August, 2014.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-18-14
```

_____
Jed S. Rakoff, United States District Judge